1  GARY E. WEISS (State Bar No. 122962)
    gweiss@orrick.com
2  FABIO E. MARINO (State Bar No. 183825)
    fmarino@orrick.com
3  MATTHEW H. POPPE (State Bar No. 177854)
    mpoppe@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5  Menlo Park, CA 94025
    Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Plaintiffs
    BROCADE COMMUNICATIONS SYSTEMS, INC. and
8  FOUNDRY NETWORKS, LLC

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13  BROCADE COMMUNICATIONS            Case No.  C-10-03428-EDL
    SYSTEMS, INC., a Delaware corporation,
14  and FOUNDRY NETWORKS, LLC, a
    Delaware limited liability company,
15
                                       **PROOF OF SERVICE VIA U.S. MAIL**
16             Plaintiffs,

17       v.

18  A10 NETWORKS, INC., a California
    corporation, LEE CHEN, an individual,
19  RAJKUMAR JALAN, an individual, RON
    SZETO, an individual, and DAVID
20  CHEUNG, an individual,

21             Defendants.

22

23

24

25

26

27

28

OHS West:260968979.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My place of business is Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Tel: 650-614-7400. On August 11, 2010, I served the within document(s):

1.     EXECUTED SUMMONS OF A10 NETWORKS, INC.;

2.     PLAINTIFFS DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 11, 2010. |
|---|---|

**David Cheung**
10171 Camino Vista Drive
Cupertino, CA 95014

**Ron Szeto**
2011 Calle Ricardo
Pleasanton, CA 94566

**Lee Chen**
19752 Versailles Way
Saratoga, CA 95070

**Rajkumar Jalan**
19805 Versailles Way
Saratoga, CA 95070

**Edward DeFranco, Esq.**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
Email: edddefranco@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT
A10 NETWORKS, INC.**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 11, 2010 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian