1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  Scott A. Herbst (State Bar No. 226739)
   scott.herbst@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
6  Facsimile:   (650) 849-6666

7  Attorneys for Defendants
   A10 NETWORKS, INC., LEE CHEN,
8  RAJKUMAR JALAN, and RON SZETO

9

10  (Additional counsel listed on signature page.)

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16  BROCADE COMMUNICATIONS SYSTEMS,          Case No. 5:10-cv-03428-LHK
    INC., a Delaware corporation; and FOUNDRY
17  NETWORKS, LLC, a Delaware limited liability   **NOTICE OF SUBSTITUTION
    company,                                      OF COUNSEL; AND [PROPOSED]
18                                                ORDER SUBSTITUTING COUNSEL**
                    Plaintiffs,
19
         v.
20
    A10 NETWORKS, INC., a California corporation;
21  LEE CHEN, an individual; RAJKUMAR JALAN,
    an individual; RON SZETO, an individual; and
22  DAVID CHEUNG, an individual,

23                  Defendants.

24

25

26

27

28

1  Defendants A10 Networks, Inc., Lee Chen, Rajkumar Jalan, and Ron Szeto hereby substitute
2  Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., who is retained counsel, as their counsel
3  of record in the place and stead of Quinn Emanuel Urquhart & Sullivan, LLP.

Dated: September ___, 2010                    A10 NETWORKS, INC.

                                              By: _____
                                              Its: _____CEO_____

Dated: September 23, 2010
                                              _____
                                              Lee Chen

Dated: September 23, 2010
                                              _____
                                              Rajkumar Jalan

Dated: September 23, 2010
                                              _____
                                              Ron Szeto

The undersigned is duly admitted to practice in the Northern District of California.

Dated: September 23, 2010                     FINNEGAN, HENDERSON, FARABOW
                                                 GARRETT & DUNNER, L.L.P.

                                              By: _____
                                                    Scott R. Mosko

                                              Attorneys for Defendants
                                              A10 NETWORKS, INC., LEE CHEN,
                                              RAJKUMAR JALAN, and RON SZETO,

/ / /

```
 3   smith.brittingham@finnegan.com
     John F. Hornick
     john.hornick@finnegan.com
 4   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
 5   901 New York Avenue, N.W.
     Washington, D.C. 20001-4413
 6   Telephone: (202) 408-4000
     Facsimile:  (202) 408-4400
 7
     Lionel M. Lavenue
 8   lionel.lavenue@finnegan.com
     John M. Mulcahy
 9   john.mulcahy@finnegan.com
     FINNEGAN, HENDERSON, FARABOW,
10     GARRETT & DUNNER, L.L.P.
     Two Freedom Square
11   11955 Freedom Drive
     Reston, Virginia 20190-5675
12   Telephone: (571) 203-2700
     Facsimile:  (202) 408-4400
13
```

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: September ___, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
David L. Bilsker

## ORDER

The foregoing substitution of counsel is hereby approved.

IT IS SO ORDERED.

Dated: October 6, 2010

_____
Lucy H. Koh
United States District Judge

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 5:10-cv-03428-LHK