RECEIVED

OCT 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corp., et al. | CASE NO. 5:10-cv-03428-LHK |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| A10 NETWORKS, INC., a California corporation, et al., | |
| Defendant. | |

Smith R. Brittingham IV, whose business address and telephone number is

Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, N.W., Washingtong, D.C. 20001-4413
Telephone: (202) 408-4000

and who is an active member in good standing of the bar of District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing A10 Networks, Inc., Lee Chen, Rajkumar Jalan, and Ron Szeto

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 18, 2010

Lucy H. Koh
United States District Judge