RECEIVED

2010 NOV 22  A 11: 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants. | Case No. 5:10-cv-03428-LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John F. Hornick, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are:

> Finnegan, Henderson, Farabow,
> Garrett & Dunner, L.L.P.
> 901 New York Avenue, N.W.
> Washington, D.C. 20001-4413
> Telephone: (202) 408-4076

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants A10Networks, Inc., Lee Chen, Rajkumar Jalan, and Ron Szeto.

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.

7   Dated: December 14, 2010

                                                            _____
                                                            Lucy H. Koh
                                                            United States Magistrate Judge