UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., ET AL.,<br><br>          Plaintiffs,<br>     v.<br><br>A10 NETWORKS, INC., ET AL.,<br><br>          Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER CONTINUING FEBRUARY 17, 2011 MOTION HEARING AND CASE MANAGEMENT CONFERENCE TO APRIL 28, 2011 |

The hearing on Defendants' motion to dismiss (Dkt. #45), previously scheduled for February 17, 2011, is continued to Thursday, April 28, 2011 at 1:30 p.m.   The Case Management Conference is also continued from February 17, 2011 to Thursday, April 28, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 14, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-03428-LHK
ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE