UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>                Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br><br>CASE MANAGEMENT ORDER |

Based on the Joint Case Management Statement filed by the parties on February 11, 2011, the Court sets the following schedule:

CASE MANAGEMENT CONFERENCE ("CMC") is set for April 28, 2011 at 1:30 p.m. The Court strongly encourages the parties to resolve their dispute regarding the A10 AX 5200 device in advance of the CMC. If the parties are unable to do so, the Court will address this issue at the CMC.

DISCOVERY: The Court rejects the phasing of discovery as proposed by Defendants. However, discovery unique to Plaintiffs' claims of trade secret misappropriation cannot commence until Plaintiff identifies its trade secrets with reasonable particularity as required by Cal. Code Civ. Proc. § 2019.210. All other discovery shall commence now, including discovery of source code relevant to the copyright and patent infringement claims.

INITIAL DISCLOSURES: In the JCMS, the parties stated that initial disclosures would be exchanged on February 28, 2011. If this did not occur, the parties shall exchange initial disclosures by no later than April 7, 2011.

DISCOVERY LIMITS:

    Deposition hours: 200, excluding experts

    Interrogatories: 75 per party

Production of documents shall be in TIFF file format. A party may request that specific documents be produced in native format. Such requests shall not be unreasonably made or unreasonably denied.

CLAIM CONSTRUCTION: The Court will construe a maximum of ten claim terms.

PROTECTIVE ORDER: The District's Model Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets shall be the operative Protective Order in this matter unless and until Judge Grewal enters another stipulated Protective Order. The parties shall submit any such stipulated Protective Order for Court approval by April 22, 2011.

\

Case No.: 10-CV-03428-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

| EVENT | Date |
|---|---|
| Disclosure of Asserted Claims/Infringement Contentions | April 7, 2011 |
| Invalidity Contentions | May 23, 2011 |
| Exchange of Proposed Terms and Claim Elements | June 6, 2011 |
| Deadline to Amend Pleadings | 90 days after Defendants Answer |
| Parties Meet and Confer re: list of terms and claim elements | June 13, 2011 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence | June 27, 2011 |
| Parties Meet and Confer re: Prelim Claim Constructions and Extrinsic Evidence | June 30, 2011 |
| Simultaneous Exchange of Responsive Claim Constructions | July 7, 2011 |
| Filing of Jt. Claim Construction and Pre-Hearing Statement | July 22, 2011 |
| Completion of Claim Construction Discovery | Aug. 22, 2011 |
| Opening Claim Construction Brief* | Sept. 8, 2011 |
| Responsive Claim Construction Brief | Sept. 22, 2011 |
| Reply Claim Construction Brief | September 29, 2011 |
| 2 Hour Tutorial (1 hour for each party) | Oct. 21, 2011 (Fri. at 2 p.m.) |
| 3 Hour Claim Construction Hearing (1.5 hour for each party) | Oct. 28, 2011 (Fri. at 2 p.m.) |
| Further Case Management Conference | Nov. 30, 2011 at 2 p.m. |

**IT IS SO ORDERED.**

Dated: March 24, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03428-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER