UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>  v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>    Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br>ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT |

On March 24, 2011, the Court filed a Case Management Order in this matter, setting a Case Management Conference (CMC) for April 28, 2011. Pursuant to Civil Local Rule 16-9(a) and the Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, the parties were required to file a Joint Case Management Statement one week before the CMC. To date, no such statement has been filed.

The parties shall file a Joint Case Management Statement by no later than Wednesday, April 27 at 11 a.m.

...

**IT IS SO ORDERED.**

Dated: April 25, 2011



_____
LUCY H. KOH
United States District Judge