Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
Scott A. Herbst (State Bar No. 226739)
scott.herbst@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN,
RAJKUMAR JALAN, RON SZETO,
LIANG HAN, and STEVE HWANG

(Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE COMPARISONS ORDERED BY THE COURT** |

IT IS HEREBY STIPULATED by and among Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") and Defendant A10 Networks, Inc. ("A10") (collectively, "the parties"):

1. The parties recognize and agree to the following regarding the source code comparisons ordered by this Court on May 9, 2011 (Dkt. No. 90). The parties represent that they have complied with the Court's order by depositing their source code at the Iron Mountain facility located at 29555 Kouhoutek Way, Union City, CA 94587 ("Iron Mountain").

2. Unless otherwise agreed to by the parties, or ordered by the Court, the Brocade and Foundry source code and the A10 source code can be loaded onto a computer provided by Brocade and Foundry's disclosed experts that is "clean," *i.e.*, shall not have the ability to access any other network (including the Internet) and shall be free of any other software code other than the software that will be used by Brocade and Foundry's disclosed experts to perform the previously-ordered source code comparisons. At least twenty-four (24) hours before any comparisons are initiated, Brocade and Foundry shall sufficiently identify any software that their disclosed experts intend to use to perform the comparisons. The parties reserve their rights to seek an order compelling the production of any proprietary scripts or software used to perform the comparisons.

3. A10 and its disclosed experts shall have the opportunity to do its own comparisons to the same source code on which the Brocade and Foundry experts performed their comparisons. The procedure outlined above that shall govern the comparisons performed by Brocade and Foundry's disclosed experts (*see* Paragraph 2) shall apply equally to A10 and its disclosed experts. That is, the Brocade and Foundry source code and the A10 source code can be loaded onto a computer provided by A10's disclosed experts that is "clean," *i.e.*, shall not have the ability to access any other network (including the Internet) and shall be free of any other software other than the software that will be used by A10's disclosed experts to perform their comparisons. At least twenty-four (24) hours before any comparisons are initiated, A10 shall sufficiently identify any software that its disclosed experts intend to use to perform their comparisons. A reasonable time shall be alloted for the parties to complete their comparisons. The parties shall notify one another when they have completed their comparisons, and thereafter shall cooperate in taking appropriate steps to remove their deposits with

Iron Mountain. The computers used for the comparisons shall be cleaned before they are removed from Iron Mountain.

  4. For any comparison conducted by a parties' expert, each party must record and keep the following, on a daily basis: (a) all results produced by the comparisons; (b) a list of any and all commands and/or qualifiers/parameters issued to the comparison program(s) and/or tool(s) being used to generate the results; and (c) a log detailing any intermediate output generated by the comparison program(s) and/or tool(s) as the comparisons were being run. Any and all such recorded data (*see* (a)-(c) above) shall be stored in a separate folder on the computer used to perform the comparisons, where the folder for any given day will be maintained separately and distinguished from the folder(s) for other days on which comparisons were performed (by, e.g., having the day's date included in the folder's name). After the completion of each day's comparison work, the party's expert(s) performing the comparisons shall make no more than two (2) copies of the data contained in that day's folder. Each copy shall be marked with the highest level of confidentiality according to the Stipulated Protective Order (*see* Dkt. No. 94). The party whose experts performed the analysis may keep one copy, with the remaining copy being deposited with Iron Mountain, who shall keep that copy and deliver it upon demand to the opposing party's outside counsel or its retained expert(s).

  5. Nothing in this stipulation is intended to limit any review or comparison performed by the parties' attorneys and such attorney work product remains immune from discovery. Concurrence in the filing of this document has been obtained from Fabio E. Marino, pursuant to General Order 45(X)(B).

Dated: June 27, 2011

FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, L.L.P.


By: _____/s/ Scott R. Mosko_____
    Scott R. Mosko

Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN,
RAJKUMAR JALAN, RON SZETO, LIANG
HAN, and STEVE HWANG

Of Counsel:

Smith R. Brittingham IV *(Admitted pro hac vice)*
smith.brittingham@finnegan.com
John F. Hornick *(Admitted pro hac vice)*
john.hornick@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Lionel M. Lavenue *(Admitted pro hac vice)*
lionel.lavenue@finnegan.com
John M. Mulcahy
john.mulcahy@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia  20190-5675
Telephone:   (571) 203-2700
Facsimile:    (202) 408-4400

Dated:  June 27, 2011                          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:_____/s/ Fabio E. Marino_____
            Fabio E. Marino

Attorneys for Plaintiffs
BROCADE COMMUNICATIONS SYSTEMS,
INC., and FOUNDRY NETWORKS, LLC


**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  July 1, 2011

_____
Lucy H. Koh
United States District Judge

- 3 -  STIPULATION RE SOURCE CODE COMPARISONS;
[~~PROPOSED~~] ORDER - Case No. 5:10-cv-03428-LHK