1  FABIO E. MARINO (STATE BAR NO. 183825)
   fmarino@orrick.com
2  BAS DE BLANK (STATE BAR NO. 191487)
   bdeblank@orrick.com
3  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendants
   BROCADE COMMUNICATIONS SYSTEMS, INC.
8  AND FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br>         Plaintiffs,<br>    v.<br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br>         Defendants. | Case No. 10-cv-03428 LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF RE CASE SCHEDULE , AS MODIFIED |

The Court, having read and considered all papers filed in support of and in opposition to Plaintiffs Brocade Communications, Inc. and Foundry Networks, LLC motion for administrative relief re case schedule, all pleadings and papers on file in this action, the applicable law, and the arguments of counsel made at any hearing on the motion, hereby GRANTS Plaintiffs' motion and supplements the existing case schedule as follows with respect to Defendant A10 Networks, Inc.'s allegation of infringement of U.S. Patent 5,875,185. The Court will construe no more than

| Filing Due | Deadline |
|---|---|
| A10 Patent L.R. 3-1, 3-2 disclosures | June 24, 2011 |
| LR 3-3 and 3-4 Invalidity Contentions | July 25, 2011 |
| LR 4-1 Exchange of Proposed Terms | August 1, 2011 |
| LR 4-2 Preliminary Claim Constructions | August 15, 2011 |
| CMC | August 24, 2011 |
| LR 4-3 Joint Claim Construction and Prehearing Statement | August 26, 2011 |
| LR 4-4 Completion of Claim Construction Discovery | September 26, 2011 |
| LR 4-5 Opening Claim Construction Briefs/SJ Motions re: claim construction | October 11, 2011 |
| Responsive briefs/SJ Opp | November 8, 2011 |
| Replies | November 22, 2011 |
| Technology Tutorial Submissions | December 5, 2011 |
| Tutorial Hearing | December 12, 2011 |
| Claim Construction/SJ Hearings | December 19, 2011 |
| CMC | February 15, 2012 |
| Private Mediation Final date | April 2, 2012 |
| CMC | May 2, 2012 |
| Pre-trial Conference | June 20, 2012 |
| Trial | July 16, 2012 |

**IT IS SO ORDERED.**

Dated: _____ July 1 __, 2011         

Honorable Lucy H. Koh

United States District Court Judge