1 | Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
2 | Scott A. Herbst (State Bar No. 226739)
scott.herbst@finnegan.com
3 | FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
4 | Stanford Research Park
3300 Hillview Avenue
5 | Palo Alto, California 94304-1203
Telephone: (650) 849-6600
6 | Facsimile: (650) 849-6666

7 | Attorneys for Defendant and Counterclaimant
A10 NETWORKS, INC. and Defendants LEE CHEN,
8 | RAJKUMAR JALAN, RON SZETO, LIANG HAN,
and STEVE HWANG

9 | (Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> A10 NETWORKS, INC., et al., <br><br> Defendants. | Case No. 5:10-cv-03428-LHK <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Judge: Honorable Lucy H. Koh |
| A10 NETWORKS, INC., a California corporation, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, <br><br> Counterclaim Defendants. | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Lissette Lastra, hereby certify that on July 22, 2011, a true and correct copy of **the** |
| 3 | **Declaration of Scott R. Mosko in Support of Defendant and Counterclaim-Plaintiff A10** |
| 4 | **Networks, Inc.'s Administrative Motion For Filing Under Seal and Exhibit B to the** |
| 5 | **Declaration of Scott R. Mosko in Support of Defendant and Counterclaim-Plaintiff A10** |
| 6 | **Networks, Inc.'s Reply to Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings** |
| 7 | **Pending Reexaminations** were served by the indicated means to the persons at the address listed |
| 8 | below: |

Gary E. Weiss
Fabio E. Marino
Matthew H. Poppe
Daniel J. Weinberg
Elizabeth McBride
Siddhardha M. Venkatesan
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025
gweiss@orrick.com
fmarino@orrick.com
mpoppe@orrick.com
dweinberg@orrick.com
emcbride@orrick.com
svenkatesan@orrick.com

☐ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☒ Via Email

*Attorneys for Plaintiffs*
*BROCADE COMMUNICATIONS SYSTEMS, INC.,*
*and FOUNDRY NETWORKS, LLC*

Ann Liroff
William E. Ireland
**Haight Brown & Bonesteel LLP**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105
aliroff@hbb1aw.com
wireland@hbblaw.com

☐ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☒ Via Email

*Attorneys for Defendant*
*DAVID CHEUNG*

|   |   |
|---|---|
| 1 | |
| 2 | *(signature)*<br>Lissette Lastra<br>Litigation Paralegal |
| 3 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P. |
| 4 | 3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| 5 | Telephone: 650.849.6664 |

Of Counsel:

Smith R. Brittingham IV (*Admitted pro hac vice*)
smith.brittingham@finnegan.com
John F. Hornick
john.hornick@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Lionel M. Lavenue (*Admitted pro hac vice*)
lionel.lavenue@finnegan.com
John M. Mulcahy
john.mulcahy@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400