1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION
13

14  BROCADE COMMUNICATIONS                  Case No. 10-cv-03428 LHK
    SYSTEMS, INC., a Delaware corporation,
15  and FOUNDRY NETWORKS, LLC, a            **[PROPOSED] ORDER GRANTING
    Delaware limited liability company,     BROCADE COMMUNICATIONS
16                                          SYSTEMS, INC. AND FOUNDRY
                    Plaintiffs,             NETWORKS, LLC'S
17                                          ADMINISTRATIVE MOTION FOR
            v.                              LEAVE TO FILE FOR** *IN CAMERA*
18                                          **REVIEW THE DECLARATION OF
    A10 NETWORKS, INC., a California        FABIO E. MARINO IN SUPPORT OF
19  corporation; LEE CHEN, an individual;   OPPOSITION TO A10 NETWORK'S
    RAJKUMAR JALAN; an individual; RON      MOTION TO QUALIFY EXPERT
20  SZETO, an individual; DAVID CHEUNG, an  KEVIN JEFFAY**
    individual; LIANG HAN, an individual; and
21  STEVEN HWANG, an individual,
22                  Defendants.
23
24
25
26
27
28
                                            [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION
                                                                      FOR LEAVE TO FILE FOR
                                            IN CAMERA REVIEW THE DECL. OF FABIO E. MARINO ISO
                                              PLAINTIFFS' OPP. TO MOTION TO QUALIFY DR. JEFFAY

The Court, having considered Brocade Communications, Inc. and Foundry Networks LLC's ("Plaintiffs") administrative motion for leave to file for *in camera* review the declaration of Fabio E. Marino in support of Plaintiffs' Opposition to A10 Networks, Inc.'s ("A10") Motion to Qualify Expert Kevin Jeffay and having found good cause to do so, it is HEREBY ORDERED that said leave is GRANTED in its entirety.

The Plaintiffs shall submit to the court the following document *in camera* in support of Plaintiffs' Opposition to A10 Networks' Motion to Qualify Expert Kevin Jeffay:

**DECLARATION OF FABIO E. MARINO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO A10 NETWORKS, INC.'S MOTION TO QUALIFY EXPERT KEVIN JEFFAY.**

**IT IS SO ORDERED.**

Dated: _____ July 29 _, 2011

_____
Honorable Lucy H. Koh
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION FOR LEAVE TO FILE FOR *IN CAMERA* REVIEW THE DECL. OF FABIO E. MARINO ISO PLAINTIFFS' OPP. TO MOTION TO QUALIFY DR. JEFFAY