UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER SETTING HEARING ON PENDING MOTIONS |

The Court hereby sets a hearing on Friday, August 12, 2011 at 10:30 a.m. in courtroom 8, 4th Floor. The parties shall come prepared to argue all pending motions.

**IT IS SO ORDERED.**

Dated: August 5, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER SETTING HEARING