1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  Scott A. Herbst (State Bar No. 226739)
   scott.herbst@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California 94304-1203
   Telephone: (650) 849-6600
6  Facsimile:  (650) 849-6666

7  Attorneys for Defendant and Counterclaimant
   A10 NETWORKS, INC. and Defendants LEE CHEN,
8  RAJKUMAR JALAN, RON SZETO, LIANG HAN,
   and STEVE HWANG
9
   (Additional counsel listed on signature page.)
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,<br><br>              Plaintiffs,<br><br>  v.<br><br>A10 NETWORKS, INC., et al.,<br><br>              Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF A10 NETWORKS, INC.'S ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |
| A10 NETWORKS, INC., a California corporation,<br><br>              Counterclaim-Plaintiff,<br><br>  v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>              Counterclaim Defendants. | Judge: Honorable Lucy H. Koh |

("[PROPOSED]" shown with strikethrough)

1  Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Defendant and Counterclaim-Plaintiff A10 Networks, Inc. ("A10") moves for leave to file under seal the following:

    a.    The "Declaration of Scott R. Mosko in Support of Defendant and Counterclaim-Plaintiff A10 Networks, Inc.'s Administrative Motion For Filing Under Seal;" and

    b.    Exhibit B to the "Declaration of Scott R. Mosko in Support of Defendant and Counterclaim-Plaintiff A10 Networks, Inc.'s Reply to Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings Pending Reexaminations."

Counsel for A10 has established that A10's request is narrowly tailored to information that is considered to be confidential information.

Accordingly, IT IS HEREBY ORDERED that the above-identified documents be filed under seal in their entirety.  A10 shall electronically file the sealed documents under G.O. 62.

IT IS SO ORDERED.

Dated: August 15, 2011

_____
Lucy H. Koh
United States District Judge