| | |
|---|---|
| 1 | FABIO ELIA MARINO (STATE BAR NO. 183825) |
| | fmarino@orrick.com |
| 2 | DENISE M. MINGRONE (STATE BAR NO. 135224) |
| | dmingrone@orrick.com |
| 3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008) |
| | svenkatesan@orrick.com |
| 4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467) |
| | cvonderahe@orrick.com |
| 5 | NITIN GAMBHIR (STATE BAR NO. 259906) |
| | ngambhir@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, California 94025 |
| | Telephone: +1-650-614-7400 |
| 8 | Facsimile: +1-650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. AND |
| 10 | FOUNDRY NETWORKS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, | | Case No. 10-cv-03428 LHK |
| | Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING BROCADE COMMUNICATIONS SYSTEMS, INC. AND FOUNDRY NETWORKS, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE *UNDER SEAL* PORTIONS OF THE BRIEF AND DECLARATIONS OF ROBERT YOUNG, KEITH STEWART, MANI KANCHERLA, ANDREW GUERRERO, PRASAD ALURI, AND FABIO E. MARINO IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |
| | v. | |
| A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual, | | |
| | Defendants. | |
| | | AS MODIFIED |

1  The Court, having considered Brocade Communications, Inc. and Foundry Networks
2  LLC's ("Plaintiffs") administrative motion for leave to file *under* seal their Memorandum in
3  Support of Brocade Communications Systems, Inc. and Foundry Networks, LLC's Motion for
4  Temporary Restraining Order and Preliminary Injunction and Supporting Declarations of Robert
5  Young, Keith Stewart, Mani Kancherla, Andrew Guerrero, Prasad Aluri, and Fabio E. Marino and
6  having found good cause to do so, it is HEREBY ORDERED that said leave is GRANTED in its
7  entirety.

8  The Plaintiffs may file under seal their **Memorandum in Support of Brocade**
9  **Communications Systems, Inc. and Foundry Networks, LLC's Motion for Temporary**
10 **Restraining Order and Preliminary Injunction and Supporting Declarations of Robert**
11 **Young, Keith Stewart, Mani Kancherla, Andrew Guerrero, Prasad Aluri, and Fabio E.**
12 **Marino**.

Plaintiffs' sealing motion is granted, with the exception of Exhibit C to the Marino Declaration in support of Brocade's Application for Temporary Restraining Order. It appears this Exhibit was submitted to introduce the response to Interrogatory 3(a). The information in this response does not appear to be confidential, as it contains the name of copyrighted code releases, their release dates, and their copyright registration numbers. Plaintiffs should not submit any other interrogatory responses if they are not relevant. If the response to Interrogatory 3(a) is not confidential, Plaintiffs should withdraw the request to seal this interrogatory. If Plaintiffs believe this response contains confidential information, they shall submit a declaration explaining why this information is sealable within 5 days of the date of this Order. Otherwise, Plaintiffs' request is granted.

To the extent that Plaintiffs' sealing motion is granted, Plaintiffs shall comply with G.O. 62 regarding electronic filing of the sealed information.

Dated: August 16, 2011

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION
FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS'
BRIEF AND DECLARATIONS