FABIO ELIA MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiffs
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants. | Case No. 10-cv-03428 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING BROCADE COMMUNICATIONS SYSTEMS, INC. AND FOUNDRY NETWORKS, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE *UNDER SEAL* PORTIONS OF PLAINTIFFS' REPLY AND SUPPLEMENTAL DECLARATIONS OF ROBERT YOUNG AND MANI KANCHERLA IN SUPPORT OF THEIR MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION ,AS MODIFIED |

1   The Court, having considered Brocade Communications, Inc. and Foundry Networks
2   LLC's ("Plaintiffs") administrative motion for leave to file under seal their Reply in Support of
3   Their Motion for Temporary Restraining Order and Preliminary Injunction ("Reply"); Plaintiffs'
4   Evidentiary Objections To The Declaration Of David Klausner In Support Of A10 Networks,
5   Inc's Opposition To Motion For Temporary Restraining Order And Preliminary Injunction
6   ("Evidentiary Objections"); Supplemental Declaration of Robert Young In Support of Plaintiffs'
7   Reply ("Young Supplemental Declaration"); and Supplemental Declaration of Mani Kancherla In
8   Support of Plaintiffs' Reply ("Kancherla Supplemental Declaration") and having found good
9   cause to do so, it is HEREBY ORDERED that said leave is GRANTED in its entirety.

10   The Plaintiffs may file under seal **Plaintiffs' Reply, Evidentiary Objections, the Young
11   Supplemental Declaration**, **and the Kancherla Supplemental Declaration.**
12   Plaintiffs shall comply with G.O. 62 in electronically filing the sealed information.

13   **IT IS SO ORDERED.**

16   Dated: August 15, 2011

Honorable Lucy H. Koh
United States District Court Judge