1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>　　　　　　Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

The Court hereby VACATES the Case Management Conference currently set for Thursday, September 1, 2011 and RESETS the Conference for Tuesday, August 30, 2011 at 11:00 a.m. in courtroom 8, 4th Floor. The parties shall file a Joint Supplemental Case Management Statement by Friday, August 26.

**IT IS SO ORDERED.**

Dated: August 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER RESCHEDULING HEARING