UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>　　　　　　　　Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br>ORDER GRANTING MOTION TO WITHDRAW REQUEST TO FILE UNDER SEAL |

Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Brocade") have moved to withdraw their request that Exhibit C to the Declaration of Fabio E. Marino in Support of Plaintiffs' Motion for a Temporary Restraining Order be filed *under seal*. ECF No. 185. Plaintiffs' Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: August 30, 2011

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER GRANTING MOTION TO WITHDRAW REQUEST TO FILE UNDER SEAL