1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>    Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER GRANTING MOTION TO REMOVE FROM THE PUBLIC RECORD, GRANTING MOTION TO FILE UNDER SEAL AND ORDERING A10 TO PROPERLY REDACTED VERSIONS OF SEALED DOCUMENTS |

Defendant A10 Networks, Inc. ("A10") has moved to have its Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the Declaration of David Klausner In Support of A10's Opposition to TRO and Preliminary Injunction, and the Declaration of Dr. Chi Zhang in Support of A10's Opposition to TRO and Preliminary Injunction (ECF No. 142-144) removed from the public record as ordered by the Court on August 12, 2011. The Motion is hereby GRANTED.

1

Case No.: 10-CV-03428-LHK
ORDER GRANTING MOTION TO SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Defendant A10 has also filed an administrative motion to file under seal the entirety of the same documents referred to above because these documents contain Brocade's confidential source code.  Because the Court finds that these documents contain sealable information, A10's request is granted.  However, A10 must comply with the Local Rules regarding the sealing of documents.  *See* Civil Local Rule 79-5.  The Local Rules state that requests to seal "must be narrowly tailored to seek sealing only of sealable material."  Accordingly, by Monday, September 5, 2011, A10 must file correctly redacted versions of the sealed documents for the public record.  Counsel for A10 should consult with Exhibits A-C to the Declaration of Nitin Gambir in Support of Motion to Order A10 Networks to File Plaintiffs' Confidential Information Under Seal (ECF No. 158) for the proper redaction of these documents.

**IT IS SO ORDERED.**

Dated: August 30, 2011

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-03428-LHK
ORDER GRANTING MOTION TO SEAL