1 | FABIO ELIA MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
2 | DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
5 | NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7 | Menlo Park, California  94025
Telephone:   +1-650-614-7400
8 | Facsimile:   +1-650-614-7401

9 | Attorneys for Plaintiffs
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
10 | FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants. | Case No. 10-cv-03428 LHK<br><br>[PROPOSED] ORDER APPOINTING THE HONORABLE READ AMBLER, RET., AS SPECIAL MASTER |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

US_WEST:261311743.1

[PROPOSED] ORDER GRANTING APPOINTMENT OF SPECIAL MASTER
CASE NO. 10-CV-03428 LHK

1  Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC's
2  ("Plaintiffs") Motion for Contempt, Expedited Discovery, and Appointment of Special Master
3  was heard on August 12, 2011.  The Court, after reviewing all papers submitted in support of and
4  opposition to the motion, and after hearing oral argument in the matter, granted in part Brocade's
5  request for appointment of a Special Master and ordered the parties to meet and confer and agree
6  upon an appointment by August 16, 2011.  The parties have so complied and agreed to the
7  appointment of Judge Read Ambler, Retired.  As a result, Judge Ambler shall serve as Special
8  Master in this matter to oversee the collection and production of source code from A10 that
9  predates March 8, 2007.  This production shall occur on or before September 9, 2011.

DATED: August 30, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

US_WEST:261311743.1

- 1 -

[PROPOSED] ORDER GRANTING APPOINTMENT OF SPECIAL MASTER
CASE NO. 10-CV-03428 LHK