1  FABIO MARINO (STATE BAR NO. 183825)
   fmarino@orrick.com
2  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
3  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
4  CHRISTINA VON DER AHE (STATE BAR NO. 255467)
   cvonderahe@orrick.com
5  NITIN GAMBHIR (STATE BAR NO. 259906)
   ngambhir@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, California  94025
   Telephone:     650-614-7400
8  Facsimile:     650-614-7401

9  Attorneys for Plaintiffs and Counterclaim Defendants
   BROCADE COMMUNICATIONS SYSTEMS, INC. AND
10 FOUNDRY NETWORKS, LLC

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>     v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>           Defendants. | Case No. 10-cv-03428 LHK<br><br>**ORDER GRANTING, in part, BROCADE COMMUNICATIONS SYSTEMS, INC.'S AND FOUNDRY NETWORKS, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE** *UNDER SEAL* **SUBMISSION OF ATTORNEYS' FEES AND COSTS PURSUANT TO COURT ORDER** |
| A10 NETWORKS, INC., a California corporation,<br><br>           Counterclaim-Plaintiff,<br><br>     v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>           Counterclaim-Defendants. | Date:     August 30, 2011<br>Time:     11:00 am<br>Dept:     Courtroom 4, 5th Floor<br>Judge:    Hon. Lucy H. Koh |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER GRANTING PLTFS' ADMN. MTN FOR LEAVE TO
FILE UNDER SEAL SUBMISSIONS OF ATTORNEYS'
FEES/COSTS
CASE NO. 10-CV-03428 LHK

1  The Court, having considered Brocade Communications, Inc. and Foundry Networks LLC's ("Plaintiffs") administrative motion for leave to file under seal their Submission of Attorneys' Fees and Costs Pursuant to Court Order and having found good cause to do so, it is HEREBY ORDERED that said leave is GRANTED in part.  However, Local Rule 79-5(a) requires that the request to seal must be "narrowly tailored to seek sealing only of sealable material."  While the Court finds that the itemized Orrick billing records are properly sealable because they contain confidential information, the Submission of Fees, as well as the attorney biographies do not contain confidential information.

If Plaintiffs believe the submission of fees and attorney biographies contain confidential information, they shall submit a declaration explaining why this information is sealable within 5 days of the date of this Order. Otherwise, Plaintiffs' request is granted.  To the extent that Plaintiffs' sealing motion is granted, Plaintiffs shall comply with G.O. 62 regarding electronic filing of the sealed information.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
Honorable Lucy H. Koh
United States District Court Judge