1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., et al.,<br><br>Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |
| A10 NETWORKS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Counterclaim Defendants. | Judge: Honorable Lucy H. Koh |

On August 24, 2011, Defendant and Counterclaimant A10 Networks, Inc. and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto, Liang Han, and Steve Hwang moved for leave to file under seal in their entireties pursuant to Civil L.R. 7-11 and 79-5(b) and (d), the following documents:

1. Defendants' Response To Order To Show Cause Regarding Sanctions.
2. Exhibit H to the Declaration of Scott R. Mosko In Support Of Defendants' Response To Order To Show Cause Regarding Sanctions.

Pursuant to Local Rule 79-5(d), within seven days after Defendants filed their motion to seal, Plaintiffs, as the designating party, were required to file a declaration establishing that the designated information is sealable, and to file and serve a "narrowly tailored sealing order."  Seven days have passed, and Plaintiffs have failed to file either of these documents.  Plaintiffs must file the required documents, including a proposed sealing order that is narrowly tailored to exclude ONLY confidential information from Defendant's Response to Order to Show Cause and Exhibit H to the Mosko Declaration, by September 13, 2011, otherwise the motion will be denied.

IT IS SO ORDERED.

Dated: September 6, 2011

_____
Lucy H. Koh
United States District Judge