UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER GRANTING MOTION TO WITHDRAW REQUEST TO FILE UNDER SEAL |

Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Plaintiffs") have moved to withdraw their request that Plaintiffs' Submission of Attorneys' Fees and Costs, as well as the associated Exhibit A, be filed *under seal*. ECF No. 205. Plaintiffs' Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: September 23, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-03428-LHK
ORDER GRANTING MOTION TO WITHDRAW REQUEST TO FILE UNDER SEAL