```
 1  Joseph Ehrlich (State Bar No. 84359)
    LOSCH & EHRLICH
 2  425 California St., Ste. 2025
    San Francisco, California 94104
 3  Telephone:  (415) 956-8400
    Facsimile:   (415) 956-2150
 4  je@losch-ehrlich.com
 5
    Attorneys for Defendant LIANG HAN
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,<br><br>             Plaintiffs,<br>     v.<br>A10 NETWORKS, INC., et al.,<br><br>             Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |
| A10 NETWORKS, INC., a California corporation,<br><br>             Counterclaimant,<br>     v.<br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>             Counterclaim Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

On September 20, 2011, at approximately 12:40 PM, Joseph Ehrlich of Losch and Ehrlich notified all parties that he would be substituting as counsel of record for LIANG HAN. That notification requested all parties to advise of objections. At the time of this filing, no objections have been made. Therefore, PLEASE TAKE NOTICE that Defendant LIANG HAN hereby substitutes Losch & Ehrlich, Attorneys at Law as his attorney of record in this action in place of Finnegan, Henderson, Farabow, Garrett & Dunner, 3300 Hillview Ave., Palo Alto, California 94304, telephone number (650) 849-6600; fax number (650) 849-6666.

All pleadings, orders and notices directed to LIANG HAN should henceforth be served upon Joseph Ehrlich at Losch & Ehrlich, Attorneys at Law, 425 California St., Ste. 2025, San Francisco, California 94104, telephone number (415) 956-8400; fax number (415) 956-2150; and email je@losch-ehrlich.com.

By my signature below I attest that Scott R. Mosko concurs in the filing of this document.

Dated: September 21, 2011         LOSCH & EHRLICH

                                   By: /s/ Joseph Ehrlich
                                       Joseph Ehrlich
                                   Attorneys for Defendant LIANG HAN

I CONSENT TO THIS SUBSTITUTION.

Dated: September 21, 2011         By: [signature]
                                       Liang Han
                                       DEFENDANT

I CONSENT TO THIS SUBSTITUTION.

Dated: September 21, 2011         FINNEGAN, HENDERSON, FARABOW
                                   GARRETT & DUNNER, L.L.P.

                                   By: /s/ Scott R. Mosko
                                       Scott R. Mosko
                                   Attorneys for Defendant and Counterclaimant
                                   A10 NETWORKS, INC. and Defendants LEE
                                   CHEN, RAJKUMAR JALAN, RON SZETO, and
                                   STEVE HWANG

[Proposed] ORDER

UPON GOOD CAUSE SHOWN, the Court approves the substitution of Joseph Ehrlich as counsel of record for Defendant LIANG HAN in the place of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

Dated: September 23, 2011    By: *Lucy H. Koh*
LUCY KOH
United States District Judge