| | |
|---|---|
| 1 | FABIO MARINO (STATE BAR NO. 183825) |
| | fmarino@orrick.com |
| 2 | DENISE MINGRONE (STATE BAR NO. 135224) |
| | dmingrone@orrick.com |
| 3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008) |
| | svenkatesan@orrick.com |
| 4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467) |
| | cvonderahe@orrick.com |
| 5 | NITIN GAMBHIR (STATE BAR NO. 259906) |
| | ngambhir@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, California  94025 |
| | Telephone:     650-614-7400 |
| 8 | Facsimile:      650-614-7401 |

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual, <br><br> Defendants. | Case No. 10-cv-03428 LHK <br><br> [PROPOSED] SEALING ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING SANCTIONS AND EXHIBIT H TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING SANCTIONS |
| A10 NETWORKS, INC., a California corporation, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, <br><br> Counterclaim-Defendants. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] SEALING ORDER RE DEFENDANTS' ADMIN.
MOTION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 10-CV-03428 LHK

1   The Court, having considered Brocade Communications, Inc. and Foundry Networks
2   LLC's ("Plaintiffs") submission regarding the confidential information contained in:
3      (1)    Defendants' Response To Order To Show Cause Regarding Sanctions; and
4      (2)    Exhibit H to the Declaration of Scott R. Mosko In Support Of Defendants'
5   Response To Order To Show Cause Regarding Sanctions, AND having found good cause to do
6   so, it is HEREBY ORDERED that said leave is GRANTED to:
7      **(1)**    **File under seal the confidential portions of Defendants' Response To Order to**
8   **Show Cause Regarding Sanctions as identified by Plaintiffs' submission of a proposed**
9   **redacted version of the same document; and**
10     **(2)**    **File under seal the entirety of Exhibit H to the Declaration of Scott R. Mosko**
11  **In Support Of Defendants' Response To Order To Show Cause Regarding Sanctions.**

13  Defendants will electronically file a redacted version of Defendants' Response to Order to
14  Show Cause Regarding Sanctions within five court days of the entry of this Order.

16  **IT IS SO ORDERED.**

17  Dated: September 23, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

[Proposed] Sealing Order Re Defendants' Admin.
Motion for Leave to File Under Seal
Case No. 10-cv-03428 LHK