UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br>　　v.<br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>　　　　　Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br><br>ORDER STRIKING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON INFRINGEMENT |

On October 11, 2011 Brocade Communications Systems, Inc., and Foundry Networks LLC ("Brocade") filed three motions for summary judgment. One of those motions, the motion for summary judgment on infringement, is 72 pages, almost 3 times the page limit allowed by the local rules. *See* Local Rule 7-4(b). Brocade did not seek leave with the Court to file an enlarged motion before filing the motion itself, also in violation of the local rules. *See id.* A10 Networks, Inc. ("A10") moves to strike this motion for failure to comply with the local rules and for failure to comply with the Court's directive that summary judgment motions be limited to "anything for which … claim construction is dispositive." *See* ECF No. 250 at 2.

1

Case No.: 10-CV-03428-LHK
ORDER STRIKING MOTION FOR SUMMARY JUDGMENT ON INFRINGEMENT

The Court strikes Brocade's motion for summary judgment on infringement because Brocade has failed to comply with the Civil Local Rules. Brocade may file *one* motion for summary judgment on infringement, not to exceed 25 pages, by Friday, October 21, 2011. If Brocade files a revised motion for summary judgment on infringement, A10 shall file its opposition by November 15, 2011. Brocade may file a reply no later than November 25, 2011. All other deadlines related to the claim construction briefing and the other motions for summary judgment remain as set.

**IT IS SO ORDERED.**

Dated: October 18, 2011

LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-03428-LHK
ORDER STRIKING MOTION FOR SUMMARY JUDGMENT ON INFRINGEMENT