UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>   Plaintiffs,<br>   v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>   Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER REGARDING DISCOVERY MOTIONS |

On October 17, 2011 Brocade filed a motion to compel A10 to substantially complete its document production and answer Plaintiffs' interrogatories. ECF No. 247. A10 shall file its response to the motion no later than October 24, 2011.[1] The response shall be no more than 3 pages in length. The Court will not accept reply briefs. The hearing date for all pending discovery motions (*see* ECF Nos. 237 and 247) will be set for November 22, 2011 to follow the case

---

[1] On October 12, 2011, Brocade filed a motion to compel responses to interrogatory requests. ECF No. 237. On October 19, 2011, Brocade filed a response to A10's motion to compel which included a motion to strike A10's motion to compel. ECF No. 257. The motion to strike appears to be the same as Brocade's response to A10's motion to compel. As such, the briefing regarding A10's motion to compel interrogatory responses is considered closed.

1
Case No.: 10-CV-03428-LHK
ORDER REGARDING DISCOVERY MOTIONS

1    management conference.  The Court may resolve the pending discovery motions in advance of the
2    hearing date.
3        In the future, all discovery motions noticed before this Court in this action shall be limited
4    to three pages in length.  Oppositions to any discovery motion shall be filed one week after the
5    opening motion is filed and shall be limited to three pages in length.  The Court will not accept
6    reply briefs.  Prior to filing a discovery motion the moving party shall contact the Courtroom
7    Deputy Martha Parker Brown to obtain a hearing date.  The Court may resolve discovery motions
8    in advance of the hearing date.
9    **IT IS SO ORDERED.**
10   Dated: October 21, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-03428-LHK
ORDER REGARDING DISCOVERY MOTIONS