1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  Scott A. Herbst (State Bar No. 226739)
   scott.herbst@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California 94304-1203
   Telephone:  (650) 849-6600
6  Facsimile:   (650) 849-6666

7  Attorneys for Defendant and Counterclaim-Plaintiff
   A10 NETWORKS, INC. and Defendants LEE CHEN,
8  RAJKUMAR JALAN, RON SZETO, and STEVE HWANG

9  (Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,<br><br>　　　　　　　　Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DUE DATE FOR DEFENDANTS' CLAIM CONSTRUCTION BRIEF**<br><br>Judge:　　　Honorable Lucy H. Koh |
| A10 NETWORKS, INC., a California corporation,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Defendants. | |

# STIPULATION

Defendants A10 Networks, Inc., Lee Chen, Rajkumar Jalan, and Ron Szeto ("Defendants"), and Plaintiffs Brocade Communications Systems, Inc., and Foundry Networks, LLC, hereby stipulate that Defendants' Responsive Claim Construction brief, currently due on November 8, 2011, shall now be filed on or before November 15, 2011.  The parties jointly stipulate and request this change because Plaintiffs' declarant, Dr. Bestavros, has only limited availability for his requested deposition.

Concurrence in the filing of this document has been obtained from each of the other signatories pursuant to General Order 45(X)(B).

**IT IS SO STIPULATED:**

DATED:  October 28, 2011

| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By:  *Scott R. Mosko* <br> Scott R. Mosko | By:  *Bas de Blank* <br> Bas de Blank |
| Attorneys for Defendants <br> A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, and RON SZETO | Attorneys for Plaintiffs <br> BROCADE COMMUNICATIONS SYSTEMS, INC., and FOUNDRY NETWORKS, LLC |

# [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that Defendants Responsive Claim Construction Brief shall now be filed on or before November 15, 2011.

DATED:   November 3, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR CLAIM
CONSTRUCTION BRIEF
Case No. 5:10-cv-03428-LHK