1 | Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
2 | Scott A. Herbst (State Bar No. 226739)
scott.herbst@finnegan.com
3 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
4 | 3300 Hillview Avenue
Palo Alto, California 94304
5 | Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666
6 |
Attorneys for Defendant and Counterclaimant
7 | A10 NETWORKS, INC. and Defendants LEE CHEN,
RAJKUMAR JALAN, RON SZETO,
8 | and STEVE HWANG
9 | (Additional counsel listed on signature page.)
10 |
11 | UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA
13 | SAN JOSE DIVISION

14 | BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY
15 | NETWORKS, LLC, a Delaware limited liability company,
16 |
                    Plaintiffs,
17 |
              v.
18 | A10 NETWORKS, INC., et al.
19 |
                    Defendants.
20 |
21 |

22 |

23 | A10 NETWORKS, INC., a California corporation
24 |                 Counterclaimant,
25 |           v.
26 | BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY
27 | NETWORKS, LLC, a Delaware limited liability company,
28 |
                    Counterclaim Defendants.

CASE NO. 5:10-cv-03428-LHK

**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT A10 NETWORKS, INC.'S AND DEFENDANTS LEE CHEN, RAJKUMAR JALAN, RON SZETO, AND STEVE HWANG'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,875,185 AND MOTION PURSUANT TO RULE 56(d)**

Judge: Honorable Lucy H. Koh

I, Scott R. Mosko, declare as follows:

1.     I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. ("Finnegan"), counsel of record for Defendant and Counterclaim-Plaintiff A10 Networks, Inc., ("A10") and for Defendants Lee Chen, Rajkumar Jalan, Ron Szeto, and Steve Hwang (collectively, "Defendants") in the above-entitled action.  I submit this Declaration in support of Defendants' **RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,875,185 AND MOTION PURSUANT TO RULE 56(d)**.  I have personal knowledge of the facts contained in this Declaration, and if called upon to do so, I could and would testify competently thereto.

2.     On January 26, 2011, A10 served its initial set of Document Requests on Brocade Communications Systems, Inc. and Foundry Networks, LLC.  ("Brocade").  A true and correct copy of these Document Requests is attached as Exhibit A to this declaration.

3.     Brocade has made a number of productions in this case.  On October 19, 2011 after its most recent production on October 11, 2011, Brocade stated "we believe our document production is substantially complete."  Attached as Exhibit B is a true and correct copy of an email correspondence from Denise M. Mingrone to Scott R. Mosko in which the above quotation is found. The number of documents produced and the dates of those productions are as follows:

| PRODUCTION DATE | ACTUAL PAGES PRODUCED |
| --- | --- |
| 4/7 | 11,990 |
| 5/23 | 88,536 |
| 6/13 | 47,412 |
| 6/23 | 331,740 |
| 6/30 | 390,178 |
| 7/19 | 162,214 |
| 7/25 | 35,548 |
| 8/3 | 1,720 |

| PRODUCTION DATE | ACTUAL PAGES PRODUCED |
|:---:|:---:|
| 8/11 | 222 |
| 8/19 | 43 |
| 9/14 | 768,387 |
| 9/16 | 494,782 |
| 9/19 | 1,352,840 |
| 9/20 (1st Production) | 230,926 |
| 9/20 (2nd Production) | 309,644 |
| 9/27 | 1,000,043 |
| 10/6 | 551,444 |
| 10/11 | 1,508,174 |

4.     On behalf of A10, I have attended several conferences with counsel for Brocade. During several of these conferences, A10 has proposed that the parties agree to a date by which their document production would be complete.  Brocade finally committed to completing its production by the middle of September.  As shown in the above chart, Brocade failed to meet its commitment.

5.     Attached as Exhibit C are true and correct copies of a portion of the transcript from the initial Case Management Conference.

6.     Attached as Exhibit D is a true and correct copy of a document entitled **Brocade Mobility Wireless LAN (WLAN) Product Family Frequently Asked Questions**.

7.     Attached as Exhibit E is a true and correct copy of a document entitled **Brocade Mobility RFS4000, RFS6000 and RFS7000 - System Reference Guide**.

8.     Attached as Exhibit F is a true and correct copy of a document entitled **Brocade IP Network Infrastructure Services Overview**.

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2     true and correct and that this declaration was executed on November 8, 2011, at Palo Alto,

3     California.

4
                                                      /s/ Scott R. Mosko
5                                                        Scott R. Mosko

6     Additional Counsel:

7     Smith R. Brittingham IV *(Admitted Pro Hac Vice)*
      smith.brittingham@finnegan.com
8     John F. Hornick *(Admitted Pro Hac Vice)*
      john.hornick@finnegan.com
9     FINNEGAN, HENDERSON, FARABOW,
10    GARRETT & DUNNER, LLP
      901 New York Avenue, N.W.
11    Washington, D.C. 20001-4413
      Telephone: (202) 408-4000
12    Facsimile: (202) 408-4400

13

14    Lionel M. Lavenue *(Admitted Pro Hac Vice)*
      lionel.lavenue@finnegan.com
15    John M. Mulcahy *(Of Counsel)*
      john.mulcahy@finnegan.com
16    FINNEGAN, HENDERSON, FARABOW,
17    GARRETT & DUNNER, LLP
      Two Freedom Square
18    11955 Freedom Drive
      Reston, Virginia 20190-5675
19    Telephone: (571) 203-2700
      Facsimile: (202) 408-4400
20

21

22

23

24

25

26

27

28

MOSKO DECL. ISO A10'S
RESPONSE TO PLS' MOT. FOR PARTIAL SUMMARY
JUDGMENT - Case No. 5:10-cv-03428-LHK