UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER SETTING HEARING ON DISCOVERY MOTIONS |

Defendants filed a motion to compel responses to interrogatories. ECF No. 237. Plaintiffs filed a response to Defendants' motion to compel, as well as a motion to strike. ECF No. 257. Finally, in response, Defendants seek a protective order against further discovery of Plaintiffs' trade secret and copyright claims until Plaintiffs provide responses to the interrogatories at issue in Defendants' motion to compel. ECF No. 270.

Additionally, Plaintiffs have filed a motion to compel a 30(b)(6) witness (ECF No. 278); a motion to strike an improper response (ECF No. 282); and a motion to compel good faith compliance with the protective order (ECF No. 284). The Court believes that this is a complete record of the pending discovery motions in this action.

1
Case No.: 10-CV-03428-LHK
ORDER SETTING HEARING ON DISCOVERY MOTIONS

The Court hereby VACATES the case management conference and hearing on the pending discovery motions currently set for Tuesday, November 22, and RESETS the case management conference and motions hearing date for Tuesday, November 29 at 2:00 p.m. in courtroom 8, 4th floor, San Jose courthouse.

**IT IS SO ORDERED.**

Dated: November 9, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge