UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br>ORDER REQUIRING PARTIES TO APPEAR TO MEET AND CONFER |

Several discovery motions are currently pending before this Court as detailed in the Order dated November 9, 2011. *See* ECF No. 310. Lead trial counsel for each party is hereby ORDERED to appear on Monday, November 21, 2011 at 3:30 p.m. for one hour to meet and confer in person in the court's jury room to attempt to resolve or narrow the issues on the pending motions to compel. The parties shall jointly report to the Court at the end of the session as to which motions to compel have not been resolved and must be decided by the Court at the November 29, 2011 hearing.

1

Case No.: 10-CV-03428-LHK
ORDER REQUIRING PARTIES TO APPEAR

This Court has already imposed sanctions on one party for discovery violations in this case. The Court will impose further sanctions if it finds that either party has taken an unreasonable position in the discovery disputes.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
LUCY H. KOH
United States District Judge