# Haight

orobinson
hbblaw.com



Haight Brown & Bonesteel LLP

71 Stevenson Street
20th Floor
San Francisco, California 94105
415.546.7500
415.546.7505 fax

www.hbblaw.com

November 10, 2011

Judge Lucy H. Koh
U.S. District Court
280 South First Street
Courtroom 8, 4th Floor
San Jose, CA  95113

      Re:    Brocade Communications Systems, Inc., et al. v. A10 Networks, Inc., et al
              Case No: 5:10-cv-03428-LHK

Dear Judge Koh:

Defendant David Cheung respectfully requests to telephonically appear at the Further Case Management Conference on November 29, 2011, 2:00 p.m. in your Honor's courtroom.

Thank you in advance for your attention to this matter.

      Very truly yours,

      Ollye L. Robinson, Assistant to
      Ann Liroff
      Haight Brown & Bonesteel LLP

:or

*Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Lucy H. Koh*