UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>    v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>    Defendants. | Case No.: 10-CV-03428-LHK<br><br>SECOND ORDER STRIKING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON INFRINGEMENT |

Plaintiffs Brocade Communications Systems, Inc., and Foundry Networks LLC ("Brocade") lodged with the Court a motion for summary judgment on infringement on November 8, 2011, in violation of two Court Orders. On October 18, 2011, the Court struck Brocade's first motion for summary judgment on infringement, which was 72 pages long, and ordered Brocade to file *one* motion for summary judgment on infringement not to exceed 25 pages. ECF No. 252. Moreover, the case management schedule required motions for summary judgment on infringement to be filed by October 11, 2011. ECF No. 101.

1

Case No.: 10-CV-03428-LHK
SECOND ORDER STRIKING MOTION FOR SUMMARY JUDGMENT ON INFRINGEMENT

The Court strikes Brocade's motion for summary judgment on infringement because Brocade has failed to comply with two of this Court's Orders.[1]  The parties are now on notice that failure to comply with this Court Order, or the October 18, 2011 Order may result in sanctions for the offending party.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
LUCY H. KOH
United States District Judge

---

[1] A10's motion seeking leave to enlarge time to reply to the motion for summary judgment, and Brocade's motion to file under seal are therefore denied as moot. *See* ECF Nos. 300 & 314.