UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>    v.<br><br>A10 NETWORKS, INC., a California corporation, LEE CHEN, an individual, RAJKUMAR JALAN, an individual, RON SZETO, an individual, LIANG HAN, an individual, STEVEN HWANG, an individual, and DAVID CHEUNG, an individual,<br><br>    Defendants. | Case No.: 10-CV-03428-LHK<br><br>ORDER CORRECTING BRIEFING SCHEDULE |

In its October 18, 2011 Order, the Court set a briefing schedule allowing Brocade to file a reply on its motion for summary judgment on infringement on no later than November 25, 2011. ECF No. 252. November 25, 2011 is a court holiday. As such Brocade may file a reply no later than Monday, November 28, 2011.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER CORRECTING BRIEFING SCHEDULE