# LOSCH & EHRLICH

ATTORNEYS AT LAW
425 CALIFORNIA STREET, SUITE 2025
SAN FRANCISCO, CALIFORNIA 94104

RONALD K. LOSCH  
JOSEPH EHRLICH  
MARK R. MEYER

TELEPHONE: 415 / 956-8400  
FACSIMILE:  415 / 956-2150

je@losch-ehrlich.com



November 14, 2011

Judge Lucy H. Koh  
U.S. District Court  
280 South First Street  
Courtroom 8, 4th Floor  
San Jose, CA 95113

Re: *Brocade Communications Systems, Inc., et al. v. A10 Networks, Inc., et al.*  
Case No. 5:10-cv-03428-LHK

Dear Judge Koh:

Defendant Liang Han respectfully requests to telephonically appear at the Further Case Management Conference on November 29, 2011, 200 p.m. in your Honor's courtroom.

Thank you for your attention to this matter.

Respectfully submitted,

By: _____  
Joseph Ehrlich  
Losch & Ehrlich  
Attorneys for Defendant  
Liang Han