ORIGINAL

RECEIVED

UNITED STATES DISTRICT COURT

2011 NOV NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,<br><br>Defendants. | Case No. 5:10-cv-03428-LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| A10 NETWORKS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Counterclaim Defendants. | |

William B. Dyer, an active member in good standing of the bar of Georgia, whose business address and telephone number is:

> William B. Dyer III
> bill.dyer@finnegan.com
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> 303 Peachtree Street, NE, Suite 3500
> Atlanta, Georgia 30308-3263
> Telephone:   (404) 653-6400
> Facsimile:    (404) 653-6444

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 29, 2011

*Lucy H. Koh*
United States District/~~Magistrate~~ Judge