1 | Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
2 | Scott A. Herbst (State Bar No. 226739)
scott.herbst@finnegan.com
3 | FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
4 | Stanford Research Park
3300 Hillview Avenue
5 | Palo Alto, California 94304-1203
Telephone: (650) 849-6600
6 | Facsimile:  (650) 849-6666

7 | Attorneys for Defendant and Counterclaimant
A10 NETWORKS, INC. and Defendants LEE CHEN,
8 | RAJKUMAR JALAN, RON SZETO, and STEVE HWANG

9 | (Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al., | Case No. 5:10-cv-03428-LHK |
| Plaintiffs, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL |
| v. | |
| A10 NETWORKS, INC., et al., | |
| Defendants. | |
| A10 NETWORKS, INC., a California corporation, | Judge: Honorable Lucy H. Koh |
| Counterclaimant, | |
| v. | |
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, | |
| Counterclaim Defendants. | |

I.      INTRODUCTION

1.      **Papers Submitted For Filing Under Seal in Their Entireties**

    1.      **Papers Submitted for Partial Filing Under Seal**

Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant and Counterclaimant respectfully requests leave of Court to file under seal certain portions of the following document being lodged with the Clerk:

    a.      The highlighted and unredacted version of Plaintiffs' Brocade Communications Systems, Inc.'s and Foundry Networks, LLC's Second Supplemental Objections and Responses To Defendant A10 Networks, Inc.'s First Set of Interrogatories.

Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal in their entirety.

IT IS SO ORDERED.

Dated:   __November 29__, 2011                    _____
                                                    Lucy H. Koh
                                                    United States District Judge