1   FABIO MARINO (STATE BAR NO. 183825)
    fmarino@orrick.com
2   DENISE MINGRONE (STATE BAR NO. 135224)
    dmingrone@orrick.com
3   SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
    svenkatesan@orrick.com
4   CHRISTINA VON DER AHE (STATE BAR NO. 255467)
    cvonderahe@orrick.com
5   NITIN GAMBHIR (STATE BAR NO. 259906)
    ngambhir@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, California  94025
    Telephone:     650-614-7400
8   Facsimile:     650-614-7401

9   Attorneys for Plaintiffs and Counterclaim Defendants
    BROCADE COMMUNICATIONS SYSTEMS, INC. AND
10  FOUNDRY NETWORKS, LLC

11                         UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15  BROCADE COMMUNICATIONS                    Case No. 10-cv-03428 LHK
    SYSTEMS, INC., a Delaware corporation, and
16  FOUNDRY NETWORKS, LLC, a Delaware         **[PROPOSED] ORDER GRANTING
    limited liability company,                BROCADE COMMUNICATIONS
17                                            SYSTEMS, INC.'S AND FOUNDRY
            Plaintiffs/Counterclaim Defendants, NETWORKS, LLC'S
18                                            ADMINISTRATIVE MOTION FOR
        v.                                    LEAVE TO FILE UNDER SEAL
19                                            EXHIBITS IN SUPPORT OF
    A10 NETWORKS, INC., a California          OPPOSITION AND MOTION TO
20  corporation; LEE CHEN, an individual;     STRIKE A10 NETWORKS INC.'S
    RAJKUMAR JALAN; an individual; RON        MOTION TO COMPEL
21  SZETO, an individual; DAVID CHEUNG, an    INTERROGATORY RESPONSES**
    individual; LIANG HAN, an individual; and
22  STEVEN HWANG, an individual,              Judge:       Hon. Lucy H. Koh

23          Defendants/Counterclaimants.

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN.
MTN FOR LEAVE TO FILE EXHIBITS UNDER SEAL
CASE No.10-CV-03428 LHK

1       The Court, having considered Brocade Communications, Inc.'s and Foundry Networks

2   LLC's ("Plaintiffs") Administrative Motion for Leave to file *under seal* their Exhibits attached to

3   the Declaration of Denise E. Mingrone In Support of Plaintiffs' Opposition and Motion to Strike

4   A10 Networks Inc.'s Motion to Compel Interrogatory Responses, and having found good cause to

5   do so, it is HEREBY ORDERED that said leave is GRANTED in its entirety.

6       The Plaintiffs may file *under seal* the following documents:

7       1.  **Exhibits C, D, E, G, and H, attached to the Declaration of Denise E.**

8       **Mingrone In Support of Brocade Communications Systems, Inc. and**

9       **Foundry Networks, LLC's Opposition and Motion to Strike A10**

10      **Networks Inc.'s Motion to Compel Interrogatory Responses.**

11      **Specifically, these Exhibits are:**

12      a.  **Ex. C:  2011.05.31 [Brocade] Plaintiffs' Identification of Trade**

13      **Secrets**

14      b.  **Ex. D:  2011.06.27 [Brocade] Plaintiffs' Supplemental**

15      **Identification of 20 Categories of Trade Secrets**

16      c.  **Ex. E:  2011.09.16 [Brocade] Second Supplemental**

17      **Identification of Trade Secrets**

18      d.  **Ex. G:  2011.04.08 [Brocade] Supplemental Responses to A10's**

19      **First Set of Interrogatories**

20      e.  **Ex. H:  2011.09.16 [Brocade] Supplemental Responses to A10's**

21      **First and Second Set of Interrogatories**

22      **IT IS SO ORDERED.**

23

24  Dated: _November 29_____, 2011

25  Honorable Lucy H. Koh
    United States District Court Judge

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

[PROPOSED] ORDER GRANTING ADMIN.
MTN FOR LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK