FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  650-614-7400
Facsimile:  650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>        Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>        Defendants and Counterclaimants. | Case No. 10-cv-03428 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING BROCADE COMMUNICATIONS SYSTEMS, INC.'S AND FOUNDRY NETWORKS, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF WITNESS FOR 30(b)(6) DEPOSITION OF DEFENDANT A10 NETWORKS, INC.<br><br>Judge:   Hon. Lucy H. Koh |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] ORDER GRANTING ADMIN. MTN FOR
LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK

1   The Court, having considered Brocade Communications, Inc.'s and Foundry Networks
2   LLC's ("Plaintiffs") Administrative Motion for Leave to file *under seal* the following identified
3   documents attached to the Declarations of Denise E. Mingrone and Robert Zeidman In Support of
4   Plaintiffs' Motion to Compel 30(b)(6) Deposition of A10 Networks Inc., and having found good
5   cause to do so, it is HEREBY ORDERED that said leave is GRANTED in its entirety.

The Plaintiffs may file *under seal* the following identified documents:

a. The following documents that are attached to Exhibits A and J to the Declaration of Denise E. Mingrone In Support of Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition of A10 Networks Inc.:

   i. **Ex. A: 2011.10.07 Exhibit B to Plaintiff's Notice of Videotaped Deposition of Defendant A10 Networks, Inc.**

   ii. **Ex. J: 2011.10.26 Exhibit B to Plaintiff's Amended Notice of Videotaped Deposition of Defendant A10 Networks, Inc.**

b. The following document that is attached to Declaration of Robert Zeidman In Support of Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition of A10 Networks Inc.:

   i. **Ex. B: 2011.10.31 List of Identical File Names and A10 Developer File Paths**

**IT IS SO ORDERED.**

Dated: November 29, 2011

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Court Judge