1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  Scott A. Herbst (State Bar No. 226739)
   scott.herbst@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
6  Facsimile:   (650) 849-6666

7  Attorneys for Defendant and Counterclaimant
   A10 NETWORKS, INC. and Defendants LEE CHEN,
8  RAJKUMAR JALAN, RON SZETO, and STEVE HWANG

9  (Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>A10 NETWORKS, INC., et al.,<br><br>             Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| A10 NETWORKS, INC., a California corporation,<br><br>             Counterclaimant,<br><br>       v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>             Counterclaim Defendants. | Judge:   Honorable Lucy H. Koh |

1  I.     INTRODUCTION

2  **1.     Papers Submitted For Partial Filing Under Seal**

3       Pursuant to Civil Local Rules 7-11 and 79-5(c) and (d), Defendant and Counterclaimant A10
4  Networks, Inc. and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto, and Steve Hwang
5  ("Defendants") move for leave to file partially under seal the following:
6       a.     The Declaration of David Klausner in Support of Defendants' Opposition to
7  Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition.

8  **2.     Papers Submitted For Filing Under Seal in Their Entireties**

9       Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Defendants move for leave to file
10 under seal the following:
11      b.     Exhibits B and C to the Declaration of Scott R. Mosko in Support of Defendants'
12 Opposition to Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition.
13      Counsel for Defendants has established that their request is narrowly tailored to information
14 that is considered to be confidential information.
15      Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal.
16      IT IS SO ORDERED.

17
18 pDated: __November 29__, 2011          _____Lucy H. Koh_____
19                                            Hon. Lucy H. Koh
                                              United States District Judge

- 1 -

[PROPOSED] ORDER
Case No. 5:10-cv-03428-LHK