1   FABIO MARINO (STATE BAR NO. 183825)
    fmarino@orrick.com
2   DENISE MINGRONE (STATE BAR NO. 135224)
    dmingrone@orrick.com
3   SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
    svenkatesan@orrick.com
4   CHRISTINA VON DER AHE (STATE BAR NO. 255467)
    cvonderahe@orrick.com
5   NITIN GAMBHIR (STATE BAR NO. 259906)
    ngambhir@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, California  94025
    Telephone:      650-614-7400
8   Facsimile:      650-614-7401

9   Attorneys for Plaintiffs and Counterclaim Defendants
    BROCADE COMMUNICATIONS SYSTEMS, INC. AND
10  FOUNDRY NETWORKS, LLC

11                          UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15  BROCADE COMMUNICATIONS                     Case No. 10-cv-03428 LHK
    SYSTEMS, INC., a Delaware corporation, and
16  FOUNDRY NETWORKS, LLC, a Delaware          **[PROPOSED] ORDER GRANTING**
    limited liability company,                 **PLAINTIFFS' ADMINISTRATIVE**
17                                             **MOTION FOR LEAVE TO FILE**
            Plaintiffs and Counterclaim Defendants,   **EXHIBITS UNDER SEAL IN**
18                                             **SUPPORT OF PLAINTIFFS'**
            v.                                 **OPPOSITION TO DEFENDANTS A10**
19                                             **NETWORKS, INC.'S, LEE CHEN'S,**
    A10 NETWORKS, INC., a California            **RAJKUMAR JALAN'S, RON SZETO'S**
20  corporation; LEE CHEN, an individual;      **AND STEVE HWANG'S MOTION**
    RAJKUMAR JALAN; an individual; RON          **FOR PROTECTIVE ORDER**
21  SZETO, an individual; DAVID CHEUNG, an
    individual; LIANG HAN, an individual; and  Judge:      Hon. Lucy H. Koh
22  STEVEN HWANG, an individual,

23          Defendants and Counterclaimants.

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MTN FOR
LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK

The Court, having considered Brocade Communications, Inc.'s and Foundry Networks LLC's ("Plaintiffs") Administrative Motion for Leave to file *under seal* the following identified documents attached to the Declarations of Denise M. Mingrone in Support of Plaintiffs' Opposition to Defendant A10 Networks, Inc.'s and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto and Steve Hwang's Motion For Protective Order, and having found good cause to do so, it is HEREBY ORDERED that said leave is GRANTED in its entirety.

The Plaintiffs may file *under seal* the following identified documents:

a)   Exhibits A and B attached to the Declaration of Denise M. Mingrone in Support of Plaintiffs' Opposition to Defendant A10 Networks, Inc.'s and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto and Steve Hwang's Motion for Protective Order. The documents sought to be filed under seal are as follows:

    i.   **Ex. A: 2011.10.31 Plaintiffs' Brocade Communications Systems, Inc.'s and Foundry Networks, LLC's Supplemental Objections and Responses to Defendant A10 Networks, Inc.'s Second Set of Interrogatories (No. 3) [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

    ii.   **Ex. B: 2011.10.31 Plaintiffs' Brocade Communications Systems, Inc.'s and Foundry Networks, LLC's Third Supplemental Objections and Responses to Defendant A10 Networks, Inc.'s First Set of Interrogatories [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

b)   Supplemental Declaration of Robert Zeidman In Support of Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition of Defendant A10 Networks Inc.

c)   Exhibits 1 and 2 attached to Supplemental Declaration of Robert Zeidman In Support of Plaintiffs' Motion to Compel Production of Witness for 30(b)(6) Deposition of Defendant A10 Networks Inc.:

    i.   **Ex. 1: 2011.10.31 Redline of List of Identical File Names and A10 Developer File Paths [HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY]**

    ii.   **Ex. 2: 2011.10.31 Amended List of Identical File Names and A10 Developer File Paths [HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY]**

1    **IT IS SO ORDERED.**

2

3    Dated:   November 29  , 2011

4    *Lucy H. Koh*
     _____
     Honorable Lucy H. Koh
     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER GRANTING ADMIN. MTN FOR
LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK