1  (Counsel of record listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>      Plaintiffs and Counterclaim Defendants,<br><br>      v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>      Defendants and Counterclaimants. | Case No. 10-cv-03428 LHK<br><br>**[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261408601.2

[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK

1  FABIO MARINO (STATE BAR NO. 183825)
   fmarino@orrick.com
2  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
3  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
4  CHRISTINA VON DER AHE (STATE BAR NO. 255467)
   cvonderahe@orrick.com
5  NITIN GAMBHIR (STATE BAR NO. 259906)
   ngambhir@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, California  94025
   Telephone:     650-614-7400
8  Facsimile:     650-614-7401

9  Attorneys for Plaintiffs and Counterclaim Defendants
   BROCADE COMMUNICATIONS SYSTEMS, INC.
10 AND FOUNDRY NETWORKS, LLC

11 WILLIAM E. IRELAND (STATE BAR NO. 115600)
   wireland@hbblaw.com
12 H. ANN LIROFF (STATE BAR NO. 113180)
   aliroff@hbblaw.com
13 HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
14 San Francisco, CA  94105
   Telephone:     415-546-7500
15 Facsimile:     415-546-7505

16 Attorneys for Defendant
   DAVID CHEUNG

17

18 SCOTT R. MOSKO (STATE BAR NO. 106070)
   scott.mosko@finnegan.com
19 SCOTT A. HERBST (STATE BAR NO. 226739)
   scott.herbst@finnegan.com
   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
20 Stanford Research Park
   3300 Hillview Avenue
21 Palo Alto, CA  94304
   Telephone:     650-849-6600
22 Facsimile:     650-849-6666

23 SMITH R. BRITTINGHAM IV (*Admitted pro hac vice*)
   smith.brittinghame@finnegan.com
24 JOHN F. HORNICK (*Admitted pro hac vice*)
   john.hornick@finnegan.com
25 FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
26 Washington, D.C.  20001
   Telephone:     202-408-4000
27 Facsimile:     202-408-4400

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261408601.2

[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK

| | |
|---|---|
| 1 | LIONEL M. LAVENUE (*Admitted pro hac vice*) |
|   | Lionel.lavenue@finnegan.com |
| 2 | JOHN M. MULCAHY |
|   | john.mulcahy@finnegan.com |
| 3 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|   | Two Freedom Square |
| 4 | 11955 Freedom Drive |
|   | Reston, VA  20190 |
| 5 | Telephone:    571-203-2700 |
|   | Facsimile:    202-408-4400 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, and STEVE HWANG |
| 8 | |
|   | JOSEPH ERLICH (STATE BAR NO. 84359) |
| 9 | je@losch-ehrlich.com |
|   | LOSCH & EHRLICH |
| 10 | 425 California Street, Ste. 2025 |
|    | San Francisco, CA 94104 |
| 11 | Tel:  415-956-8400 |
|    | Fax:  415-956-2150 |
| 12 | Email:  je@losch-ehrlich.com |
| 13 | Attorneys for Defendant |
| 14 | LIANG HAN |

OHSWEST:261408601.2

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK

**IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") and Defendants A10 Networks, Inc., Lee Chen, Rajkumar Jalan, Ron Szeto, David Cheung, and Liang Han (collectively, "the parties"):

(1) To expedite discovery, the source code previously deposited at Iron Mountain by the parties shall be transferred to the offices of the Parties' Counsel until this case is resolved.

(2) The source code shall be maintained at the parties' counsel's offices only on secured computers in a secured room without Internet access or network access to other computers, and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device.

(3) The Receiving Party shall maintain a record of any individual who has inspected any portion of the source code in electronic or paper form. The Receiving Party shall maintain all paper copies of any printed portions of the source code in a secured, locked area. The Receiving Party shall not create any electronic or other images of the paper copies and shall not convert any of the information contained in the paper copies into any electronic format. The Receiving Party shall only make additional paper copies if such additional copies are (1) necessary to prepare court filings, pleadings, or other papers (including a testifying expert's expert report), (2) necessary for deposition, or (3) otherwise necessary for the preparation of its case. Any paper copies used during a deposition shall be retrieved by the Producing Party at the end of each day and must not be given to or left with a court reporter or any other individual. Any paper copies of source code shall be immediately marked "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to Paragraph 2.10 of the Protective Order (D.I. 94).

(4) Upon request of the deposing party, a computer with the source code of the party being deposed will be made available during deposition with a connected printer to allow for any additional source coded needed during the deposition to be printed out. Any source code that is printed out in this manner that the Receiving Party wishes to keep after the deposition shall be subject to the provisions of Paragraph (3) above.

OHSWEST:261408601.2

- 1 -

[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: November 29, 2011     ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/  Fabio E. Marino
FABIO E. MARINO
Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
AND FOUNDRY NETWORKS, LLC

Dated: November 29, 2011     HAIGHT BROWN & BONESTEEL LLP

/s/  Ann H. Liroff
ANN H. LIROFF
Attorneys for Defendant
DAVID CHEUNG

Dated: November 29, 2011     FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

/s/  Scott R. Mosko
SCOTT R. MOSKO
Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN, RAJKUMAR
JALAN, RON SZETO, AND STEVE HWANG

Dated: November 29, 2011     LOSCH & EHRLICH

/s/  Joseph Ehrlich
JOSEPH EHRLICH
Attorneys for Defendant
LIANG HAN

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261408601.2

- 2 -     [PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: November 29, 2011   Respectfully submitted,

/s/ *Fabio E. Marino*
FABIO E. MARINO

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: November 29, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSWEST:261408601.2

- 3 -

[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
CASE NO. 10-CV-03428 LHK