UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,

    Defendants.

A10 NETWORKS, INC., a California corporation,

    Counterclaimant,

v.

BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,

    Counterclaim Defendants.

Case No. 5:10-cv-03428-LHK

**[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM**

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that defendant A10 Networks, Inc. may bring electronic equipment, including projectors and computers into the Courtroom on December 12, 2011.

Dated: December 12, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge