UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>    Defendants and Counterclaimants. | Case No. 10-cv-03428 LHK<br><br>[~~PROPOSED~~] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM<br><br>Judge:    Hon. Lucy H. Koh |

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiffs Brocade Communications Systems Inc. and Foundry Networks, LLC may bring electronic equipment, including projectors and computers, into the Courtroom on December 12, 2011.

**IT IS SO ORDERED.**

Dated: __12/12__, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO COURTROOM
CASE NO. 10-CV-03428 LHK