1  (Counsel of record listed on next page)

2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, | Case No. 10-cv-03428 LHK
13 | | [PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER
14 | |
15 | Plaintiffs and Counterclaim Defendants, |
   | v. |
16 | |
17 | A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual, |
18 | |
19 | |
20 | Defendants and Counterclaimants. |

21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | FABIO MARINO (STATE BAR NO. 183825) |
|   | fmarino@orrick.com |
| 2 | DENISE MINGRONE (STATE BAR NO. 135224) |
|   | dmingrone@orrick.com |
| 3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008) |
|   | svenkatesan@orrick.com |
| 4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467) |
|   | cvonderahe@orrick.com |
| 5 | NITIN GAMBHIR (STATE BAR NO. 259906) |
|   | ngambhir@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, California 94025 |
|   | Telephone:    650-614-7400 |
| 8 | Facsimile:    650-614-7401 |
| 9 | Attorneys for Plaintiffs and Counterclaim Defendants |
|   | BROCADE COMMUNICATIONS SYSTEMS, INC. |
| 10 | AND FOUNDRY NETWORKS, LLC |
| 11 | WILLIAM E. IRELAND (STATE BAR NO. 115600) |
|   | wireland@hbblaw.com |
| 12 | H. ANN LIROFF (STATE BAR NO. 113180) |
|   | aliroff@hbblaw.com |
| 13 | HAIGHT BROWN & BONESTEEL LLP |
|   | 71 Stevenson Street, 20th Floor |
| 14 | San Francisco, CA 94105 |
|   | Telephone:    415-546-7500 |
| 15 | Facsimile:    415-546-7505 |
| 16 | Attorneys for Defendant |
|   | DAVID CHEUNG |
| 17 | |
| 18 | SCOTT R. MOSKO (STATE BAR NO. 106070) |
|   | scott.mosko@finnegan.com |
| 19 | SCOTT A. HERBST (STATE BAR NO. 226739) |
|   | scott.herbst@finnegan.com |
|   | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 20 | Stanford Research Park |
|   | 3300 Hillview Avenue |
| 21 | Palo Alto, CA 94304 |
|   | Telephone:    650-849-6600 |
| 22 | Facsimile:    650-849-6666 |
| 23 | SMITH R. BRITTINGHAM IV (*Admitted pro hac vice*) |
|   | smith.brittinghame@finnegan.com |
| 24 | JOHN F. HORNICK (*Admitted pro hac vice*) |
|   | john.hornick@finnegan.com |
| 25 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|   | 901 New York Avenue, N.W. |
| 26 | Washington, D.C. 20001 |
|   | Telephone:    202-408-4000 |
| 27 | Facsimile:    202-408-4400 |
| 28 | |

[~~PROPOSED~~] STIPULATION TO MODIFY
PROTECTIVE ORDER

| | |
|---|---|
| 1 | LIONEL M. LAVENUE (*Admitted pro hac vice*) |
| | Lionel.lavenue@finnegan.com |
| 2 | JOHN M. MULCAHY |
| | john.mulcahy@finnegan.com |
| 3 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | Two Freedom Square |
| 4 | 11955 Freedom Drive |
| | Reston, VA 20190 |
| 5 | Telephone:   571-203-2700 |
| | Facsimile:    202-408-4400 |
| 6 | |
| | Attorneys for Defendants |
| 7 | A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, |
| | RON SZETO, and STEVE HWANG |
| 8 | |
| | |
| 9 | JOSEPH ERLICH (STATE BAR NO. 84359) |
| | je@losch-ehrlich.com |
| | LOSCH & EHRLICH |
| 10 | 425 California Street, Ste. 2025 |
| | San Francisco, CA 94104 |
| 11 | Tel: 415-956-8400 |
| | Fax: 415-956-2150 |
| 12 | Email: je@losch-ehrlich.com |
| 13 | Attorneys for Defendant |
| | LIANG HAN |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") and Defendants A10 Networks, Inc. ("A10"), Lee Chen, Rajkumar Jalan, Ron Szeto, David Cheung, Liang Han, and Steve Hwang (collectively, "the parties"):

To facilitate discovery in *A10 Networks, Inc. v. Brocade Communications Systems, Inc.*, Case No. 4:11-cv-05493-LHK (N.D. Cal.) (the "A10 Action"), the Protective Order in the above-captioned action (which shall be referred to as the "Brocade Action") shall be entered in the A10 Action and therefore apply to disclosure and discovery activity in both the Brocade Action and A10 Action.

The parties further stipulate the Protective Order in each of the Brocade and A10 Action will be modified in the following respects:

1. The definition of "Outside Counsel," "Expert," and "Professional Vendors" set forth in Sections 2.12, 2.15 and 2.16 of each Protective Order shall be modified to encompass Outside Counsel, Experts and Professional Vendors retained for either the A10 Action or Brocade Action.

2. Outside Counsel, Experts, and Professional Vendors in either the Brocade or A10 Action may have access to Protected Material produced by any party in either the Brocade or A10 Action in connection with either dispute between Brocade and A10, and are permitted to consult with other authorized Outside Counsel, Experts, and Professional Vendors retained for either action with respect to such Protected Material.

3. All Outside Counsel, Experts and Professional Vendors will be subject to the provisions of the Protective Order in all other respects.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 13, 2011       FINNEGAN, HENDERSON, FARABOW,
                               GARRETT & DUNNER LLP


                               /s/ *Scott R. Mosko*
                               ─────────────────────────────
                               SCOTT R. MOSKO
                               Attorneys for Defendant and Counterclaimant
                               A10 NETWORKS, INC., and Defendants LEE CHEN,
                               RAJKUMAR JALAN, RON SZETO, AND STEVE
                               HWANG


Dated: December 13, 2011       ORRICK, HERRINGTON & SUTCLIFFE LLP


                               /s/ *Fabio E. Marino*
                               ─────────────────────────────
                               FABIO E. MARINO
                               Attorneys for Plaintiffs and Counterclaim Defendants
                               BROCADE COMMUNICATIONS SYSTEMS, INC.
                               AND FOUNDRY NETWORKS, LLC


Dated: December 13, 2011       HAIGHT BROWN & BONESTEEL LLP


                               /s/ *Ann H. Liroff*
                               ─────────────────────────────
                               ANN H. LIROFF
                               Attorneys for Defendant
                               DAVID CHEUNG


Dated: December 13, 2011       LOSCH & EHRLICH


                               /s/ *Joseph Ehrlich*
                               ─────────────────────────────
                               JOSEPH EHRLICH
                               Attorneys for Defendant
                               LIANG HAN

2                    [~~PROPOSED~~] STIPULATION TO MODIFY
                                         PROTECTIVE ORDER

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 13, 2011                    Respectfully submitted,


                                             /s/ *Scott R. Mosko*
                                             Scott R. Mosko


## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 14, 2011           *Lucy H. Koh*

                                   THE HONORABLE LUCY H. KOH
                                   United States District Judge