1  (Counsel of record listed on next page)

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  BROCADE COMMUNICATIONS                    Case No. 10-cv-03428 LHK
    SYSTEMS, INC., a Delaware corporation, and
13  FOUNDRY NETWORKS, LLC, a Delaware          [~~PROPOSED~~] STIPULATION TO
    limited liability company,                MODIFY PROTECTIVE ORDER
14
              Plaintiffs and Counterclaim Defendants,
15
              v.
16
    A10 NETWORKS, INC., a California
17  corporation; LEE CHEN, an individual;
    RAJKUMAR JALAN; an individual; RON
18  SZETO, an individual; DAVID CHEUNG, an
    individual; LIANG HAN, an individual; and
19  STEVE HWANG, an individual,
20            Defendants and Counterclaimants.

21

22

23

24

25

26

27

28

1  FABIO MARINO (STATE BAR NO. 183825)
   fmarino@orrick.com
2  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
3  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
   svenkatesan@orrick.com
4  CHRISTINA VON DER AHE (STATE BAR NO. 255467)
   cvonderahe@orrick.com
5  NITIN GAMBHIR (STATE BAR NO. 259906)
   ngambhir@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, California 94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs and Counterclaim Defendants
   BROCADE COMMUNICATIONS SYSTEMS, INC.
10 AND FOUNDRY NETWORKS, LLC

11 WILLIAM E. IRELAND (STATE BAR NO. 115600)
   wireland@hbblaw.com
12 H. ANN LIROFF (STATE BAR NO. 113180)
   aliroff@hbblaw.com
13 HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
14 San Francisco, CA 94105
   Telephone:    415-546-7500
15 Facsimile:    415-546-7505

16 Attorneys for Defendant
   DAVID CHEUNG

17

18 SCOTT R. MOSKO (STATE BAR NO. 106070)
   scott.mosko@finnegan.com
19 SCOTT A. HERBST (STATE BAR NO. 226739)
   scott.herbst@finnegan.com
   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
20 Stanford Research Park
   3300 Hillview Avenue
21 Palo Alto, CA 94304
   Telephone:    650-849-6600
22 Facsimile:    650-849-6666

23 SMITH R. BRITTINGHAM IV (*Admitted pro hac vice*)
   smith.brittinghame@finnegan.com
24 JOHN F. HORNICK (*Admitted pro hac vice*)
   john.hornick@finnegan.com
25 FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
26 Washington, D.C.  20001
   Telephone:    202-408-4000
27 Facsimile:    202-408-4400

28

[~~PROPOSED~~] STIPULATION TO MODIFY
PROTECTIVE ORDER

1  LIONEL M. LAVENUE (*Admitted pro hac vice*)
   Lionel.lavenue@finnegan.com
2  JOHN M. MULCAHY
   john.mulcahy@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   Two Freedom Square
4  11955 Freedom Drive
   Reston, VA 20190
5  Telephone:      571-203-2700
   Facsimile:      202-408-4400
6
   Attorneys for Defendants
7  A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN,
   RON SZETO, and STEVE HWANG
8
   JOSEPH ERLICH (STATE BAR NO. 84359)
9  je@losch-ehrlich.com
   LOSCH & EHRLICH
10 425 California Street, Ste. 2025
   San Francisco, CA 94104
11 Tel: 415-956-8400
   Fax: 415-956-2150
12 Email: je@losch-ehrlich.com

13 Attorneys for Defendant
   LIANG HAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] STIPULATION TO MODIFY**
**PROTECTIVE ORDER**

**IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") and Defendants A10 Networks, Inc. ("A10"), Lee Chen, Rajkumar Jalan, Ron Szeto, David Cheung, Liang Han, and Steve Hwang (collectively, "the parties"):

To facilitate discovery in *A10 Networks, Inc. v. Brocade Communications Systems, Inc.*, Case No. 4:11-cv-05493-LHK (N.D. Cal.) (the "A10 Action"), the Protective Order in the above-captioned action (which shall be referred to as the "Brocade Action") shall be entered in the A10 Action and therefore apply to disclosure and discovery activity in both the Brocade Action and A10 Action.

The parties further stipulate the Protective Order in each of the Brocade and A10 Action will be modified in the following respects:

1.    The definition of "Outside Counsel," "Expert," and "Professional Vendors" set forth in Sections 2.12, 2.15 and 2.16 of each Protective Order shall be modified to encompass Outside Counsel, Experts and Professional Vendors retained for either the A10 Action or Brocade Action.

2.    Outside Counsel, Experts, and Professional Vendors in either the Brocade or A10 Action may have access to Protected Material produced by any party in either the Brocade or A10 Action in connection with either dispute between Brocade and A10, and are permitted to consult with other authorized Outside Counsel, Experts, and Professional Vendors retained for either action with respect to such Protected Material.

3.    All Outside Counsel, Experts and Professional Vendors will be subject to the provisions of the Protective Order in all other respects.

**[PROPOSED] STIPULATION TO MODIFY PROTECTIVE ORDER**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 13, 2011                    FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER LLP


                                            /s/ Scott R. Mosko
                                            SCOTT R. MOSKO
                                            Attorneys for Defendant and Counterclaimant
                                            A10 NETWORKS, INC., and Defendants LEE CHEN,
                                            RAJKUMAR JALAN, RON SZETO, AND STEVE
                                            HWANG


Dated: December 13, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            /s/ Fabio E. Marino
                                            FABIO E. MARINO
                                            Attorneys for Plaintiffs and Counterclaim Defendants
                                            BROCADE COMMUNICATIONS SYSTEMS, INC.
                                            AND FOUNDRY NETWORKS, LLC


Dated: December 13, 2011                    HAIGHT BROWN & BONESTEEL LLP


                                            /s/ Ann H. Liroff
                                            ANN H. LIROFF
                                            Attorneys for Defendant
                                            DAVID CHEUNG


Dated: December 13, 2011                    LOSCH & EHRLICH


                                            /s/ Joseph Ehrlich
                                            JOSEPH EHRLICH
                                            Attorneys for Defendant
                                            LIANG HAN

[PROPOSED] STIPULATION TO MODIFY
PROTECTIVE ORDER

1

2      **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of

3   perjury that concurrence in the filing of the document has been obtained from its signatory.

4   Dated: December 13, 2011                    Respectfully submitted,

5

6                                                   /s/ *Scott R. Mosko*
                                                   Scott R. Mosko
7

8                                          **ORDER**

9          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11  Dated: December 14, 2011          _____

12                                    THE HONORABLE LUCY H. KOH
                                      United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        [~~PROPOSED~~] STIPULATION TO MODIFY
                        3                                         PROTECTIVE ORDER