UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>   v.<br><br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,<br><br>                Defendants.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>                Counterclaimant,<br><br>   v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>                Counterclaim Defendants. | Case No. 5:10-cv-03428-LHK<br><br>[~~PROPOSED~~] **ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM**<br><br>Judge: Hon. Lucy H. Koh |

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that defendant A10 Networks, Inc. may bring electronic equipment, including projectors and computers into the Courtroom on December 19, 2011.

**IT IS SO ORDERED**.

Dated: December 16, 2011

*/s/ Lucy H. Koh*
Lucy H. Koh
United States District Judge

[~~PROPOSED~~] ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO COURTROOM
Case No. 5:10-cv-03428-LHK