(Counsel of record listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>　　　　Defendants. | Case No. 10-cv-03428 LHK<br><br>[~~PROPOSED~~] STIPULATION REGARDING PARTIES' PROPOSED CLAIM CONSTRUCTIONS |
| A10 NETWORKS, INC., a California corporation,<br><br>　　　　Counterclaimant,<br><br>　　　　v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Defendants. | |

1 | FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
2 | DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
5 | NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7 | Menlo Park, California 94025
Telephone: 650-614-7400
8 | Facsimile: 650-614-7401

9 | Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
10 | AND FOUNDRY NETWORKS, LLC

11 | WILLIAM E. IRELAND (STATE BAR NO. 115600)
wireland@hbblaw.com
12 | H. ANN LIROFF (STATE BAR NO. 113180)
aliroff@hbblaw.com
13 | HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
14 | San Francisco, CA 94105
Telephone: 415-546-7500
15 | Facsimile: 415-546-7505

16 | Attorneys for Defendant
DAVID CHEUNG

17

18 | SCOTT R. MOSKO (STATE BAR NO. 106070)
scott.mosko@finnegan.com
19 | SCOTT A. HERBST (STATE BAR NO. 226739)
scott.herbst@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
20 | Stanford Research Park
3300 Hillview Avenue
21 | Palo Alto, CA 94304
Telephone: 650-849-6600
22 | Facsimile: 650-849-6666

23 | SMITH R. BRITTINGHAM IV (*Admitted pro hac vice*)
smith.brittinghame@finnegan.com
24 | JOHN F. HORNICK (*Admitted pro hac vice*)
john.hornick@finnegan.com
25 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
26 | Washington, D.C. 20001
Telephone: 202-408-4000
27 | Facsimile: 202-408-4400

28

[PROPOSED] STIPULATION RE PARTIES'
PROPOSED CLAIM CONSTRUCTIONS

1  LIONEL M. LAVENUE (*Admitted pro hac vice*)
   Lionel.lavenue@finnegan.com
2  JOHN M. MULCAHY
   john.mulcahy@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   Two Freedom Square
4  11955 Freedom Drive
   Reston, VA 20190
5  Telephone:     571-203-2700
   Facsimile:     202-408-4400
6
   Attorneys for Defendants
7  A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN,
   RON SZETO, and STEVE HWANG
8

9  JOSEPH ERLICH (STATE BAR NO. 84359)
   je@losch-ehrlich.com
   LOSCH & EHRLICH
10 425 California Street, Ste. 2025
   San Francisco, CA 94104
11 Tel: 415-956-8400
   Fax: 415-956-2150
12 Email: je@losch-ehrlich.com

13 Attorneys for Defendant
   LIANG HAN

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[**PROPOSED**] STIPULATION RE PARTIES'
PROPOSED CLAIM CONSTRUCTIONS

**IT IS HEREBY STIPULATED** by and among Plaintiffs/Counterclaim-Defendants Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Brocade") and Defendant-Counterclaimant A10 Networks, Inc. and Individual Defendants Lee Chen and Rajkumar Jalan ("A10") (collectively, "the Parties"):

To facilitate the Court's construction of the disputed claim language from the asserted claims of both the Brocade asserted patents and A10 asserted patent, the Parties make the following stipulations:

1. Regarding Term 2 ("transmitting … redundancy control packets for flooding throughout the Layer 2 network"), from Brocade's U.S. Patent No. 7,558,195, the Parties agree that the words "transmitting … redundancy control" do not need any interpretation by the Court. Accordingly, the Court will only construe the remaining language of Term 2 in dispute, namely, "packets for flooding throughout the Layer 2 network."

2. Regarding Term 7 ("switched virtual connection" / "switched virtual connection (SVC)"), from A10's '185 Patent, the Parties agree that "switched" means "dynamically established." Accordingly, the Court will only construe the words "virtual connection" / "virtual connection (SVC)" of Term 7.

3. Regarding Term 8 ("a couple message containing the virtual channel connections for the first mobile terminal"), from A10's '185 Patent, the Parties agree that the "couple message" is a "control message." Accordingly, the Court will only construe the words "containing the virtual channel connections for the first mobile terminal" of Term 8.

4. Regarding Term 9 ("a complete message containing the altered virtual channel connections for the first mobile terminal"), from A10's '185 Patent, the Parties agree that the "complete message" is a "control message." Accordingly, the Court will only construe the words "containing the altered virtual channel connections for the first mobile terminal" of Term 9.

5. Regarding Term 10 ("a connection message containing virtual channel connections for the first mobile terminal"), from A10's '185 Patent, the Parties agree that the "connection message" is a "control message." Accordingly, the Court will only construe the words "containing virtual channel connections for the first mobile terminal" of Term 10.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 16, 2011         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                 /s/ *Fabio E. Marino*
                                 FABIO E. MARINO
                                 Attorneys for Plaintiffs and Counterclaim Defendants
                                 BROCADE COMMUNICATIONS SYSTEMS, INC.
                                 AND FOUNDRY NETWORKS, LLC

Dated: December 16, 2011         FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER LLP


                                 /s/ *Scott R. Mosko*
                                 SCOTT R. MOSKO
                                 Attorneys for Defendant and Counterclaimant
                                 A10 NETWORKS, INC., and Defendants LEE CHEN,
                                 RAJKUMAR JALAN, RON SZETO, AND STEVE
                                 HWANG

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 16, 2011        Respectfully submitted,

/s/ *Fabio E. Marino*
Fabio E. Marino

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 19, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

[~~PROPOSED~~] STIPULATION RE PARTIES' PROPOSED CLAIM CONSTRUCTIONS

3