FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants/Counterclaimants. | Case No. 10-cv-03428 LHK<br><br>**DECLARATION OF TERI H.P. NGUYEN IN SUPPORT OF PLAINTIFFS BROCADE COMMUNICATIONS SYSTEMS, INC. AND FOUNDRY NETWORKS, LLC'S MOTION TO COMPEL FORENSIC INSPECTION OF RON SZETO'S COMPUTER HARD DRIVES**<br><br>Judge:     Hon. Lucy H. Koh |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NGUYEN DECL. I ISO MTC FORENSIC INSPECTION
OF SZETO'S COMPUTERS
CASE NO. 10-CV-03428 LHK

I, Teri H.P. Nguyen, declare:

1. I am licensed to practice law in the State of California and an associate with the law firm Orrick, Herrington & Sutcliffe LLP, counsel of record for Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Plaintiffs") in this action. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Attached as Exhibit A is a true and correct copy of an email to Ron Szeto from Wen Chiu dated December 21, 2004, identified as Bates No. BrocadeA10_4432961.

3. Attached as Exhibit B is a true and correct copy of an email to Ron Szeto from Lee Chen dated April 27, 2005, identified as Bates No. BrocadeA10_7631108.

4. Attached as Exhibit C is a true and correct copy of Brocade counsel's October 7, 2011 correspondence A10's counsel regarding Plaintiffs' request for the production of forensic images of A10 engineer hard drives.

5. Attached as Exhibit D is a true and correct copy of excerpts of Plaintiffs' Second Set of Requests for Production of Documents and Things to Defendant A10 Networks, Inc., served on April 15, 2011.

6. Attached as Exhibit E is a true and correct copy of excerpts of Plaintiffs' First Set of Requests for Production of Documents and Things to Defendant Ron Szeto, served on May 18, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Menlo Park, California on December 27, 2011.

                                              /s/ *Teri H.P. Nguyen*
                                              TERI H.P. NGUYEN

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

NGUYEN DECL. I ISO MTC FORENSIC INSPECTION
OF SZETO'S COMPUTERS
CASE NO. 10-CV-03428 LHK