| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | Scott A. Herbst (State Bar No. 226739) |
| | scott.herbst@finnegan.com |
| 3 | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, LLP |
| 4 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 5 | Palo Alto, California 94304-1203 |
| | Telephone:  (650) 849-6600 |
| 6 | Facsimile:   (650) 849-6666 |

Attorneys for Defendant and Counterclaimant
A10 NETWORKS, INC. and Defendants LEE CHEN,
RAJKUMAR JALAN, RON SZETO, and STEVE HWANG

(Additional counsel listed on signature page.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, <br><br>            Plaintiffs,<br><br>  v.<br><br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,<br><br>            Defendants.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>            Counterclaimant,<br><br>  v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>            Counterclaim Defendants. | Case No. 5:10-cv-03428-LHK<br><br>**[PROPOSED]** ORDER PURSUANT TO CIVIL LOCAL RULE 79-5(D) GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' EXPERT'S DECLARATION AND ASSOCIATED EXHIBITS IN SUPPORT OF CLAIM CONSTRUCTION AND SUMMARY JUDGMENT OPPOSITIONS<br><br>Judge:     Honorable Lucy H. Koh |

1 | The Court, having considered Brocade Communications, Inc.'s and Foundry Networks LLC's ("Plaintiffs") administrative motion for leave to file the following documents under seal, and having good cause to do so, it is HEREBY ORDERED that said leave is GRANTED.

Plaintiffs may file under seal Exhibits J and K to the Declaration of Nitin Gambhir in Support of Plaintiffs' (1) Claim Construction Brief; (2) Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,647.427 and 7,716,370; and (3) Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,558,195 in their entirety.

Plaintiffs may file under seal Paragraph Numbers 68-86 and 94-119 of the Declaration of Izhak Rubin in Support of Plaintiffs' (1) Claim Construction; (2) Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos, 7,647.427 and 7,716,370; and (3) Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,558,195.  Paragraph Numbers 1-67 and 87-93 of the Declaration shall not be filed under seal.

**IT IS SO ORDERED.**

DATED:   January 18, 2012

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Judge