**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HANG, an individual; and STEVE HWANG, an individual,<br><br>    Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RE: FORENSIC INSPECTION |

On January 17, 2012, the parties notified the Court that the parties have selected Mark Menz as the neutral forensic expert to conduct the ordered forensic inspection of Mr. Szeto's hard drives. ECF No. 441. The parties stated they have agreed in principle on the forensic inspection protocol and are working to draft a joint report. The Court hereby Orders the parties to file their joint report setting forth their proposed protocol for the imaging, analysis, and subsequent production of responsive information, by 5:00 p.m. on January 26, 2012.

**IT IS SO ORDERED.**

Dated: January 18, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER RE: FORENSIC INSPECTION