UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HANG, an individual; and STEVE HWANG, an individual,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RE: CASE MANAGEMENT |

On December 20, 2011, the Court ordered Brocade to narrow its case to five copyrights by January 31, 2012. The parties are scheduled to meet with the Court on February 1, 2012. To give the parties sufficient time to resolve any issues before meeting with the Court, the Court proposes continuing the February 1, 2012 meeting to February 8, 2012, at 2 p.m. The Court also proposes that by 5 p.m. on Monday, February 6, 2012, each party file an up to three page statement regarding any additional issues to be discussed with the Court other than the forensic examination issues. If the Court can resolve the forensic examination issues based on the parties' filings prior to the Court's meeting with the parties, the Court will do so. By 5:00 p.m. on Friday, January 27, 2012, the parties shall file a statement accepting the Court's proposal or proposing an alternative.

**IT IS SO ORDERED.**

Dated: January 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1