UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HANG, an individual; and STEVE HWANG, an individual,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RE: CASE MANAGEMENT |

The parties having agreed to the Court's proposal, the Court hereby continues the February 1, 2012 meeting to February 8, 2012, at 2 p.m. By 5 p.m. on Monday, February 6, 2012, each party shall file an up to three page statement regarding any additional issues to be discussed with the Court other than the forensic examination issues.

**IT IS SO ORDERED.**

Dated: January 30, 2012

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER RE: CASE MANAGEMENT