1  (Counsel of record listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>   v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>   Defendants and Counterclaimants. | Case No. 10-cv-03428 LHK<br><br>**STIPULATION APPOINTING SPECIAL MASTER**<br><br>Dept.    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:      650-614-7400
Facsimile:       650-614-7401

**Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
AND FOUNDRY NETWORKS, LLC**

WILLIAM E. IRELAND (STATE BAR NO. 115600)
wireland@hbblaw.com
H. ANN LIROFF (STATE BAR NO. 113180)
aliroff@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA  94105
Telephone:      415-546-7500
Facsimile:       415-546-7505

**Attorneys for Defendant
DAVID CHEUNG**

SCOTT R. MOSKO (STATE BAR NO. 106070)
scott.mosko@finnegan.com
SCOTT A. HERBST (STATE BAR NO. 226739)
scott.herbst@finnegan.com
WILL CHEN
will.chen@finnegan.com
SHAOBIN ZHU
shaobin.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:      650-849-6600
Facsimile:       650-849-6666

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP APPOINTING SPECIAL MASTER
CASE NO. 10-CV-03428 LHK

1  SMITH R. BRITTINGHAM IV (*Admitted pro hac vice*)
   smith.brittinghame@finnegan.com
2  JOHN F. HORNICK (*Admitted pro hac vice*)
   john.hornick@finnegan.com
3  JOSHUA L. GOLDBERG
   Joshua.goldberg@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
5  Washington, D.C. 20001
   Telephone:    202-408-4000
6  Facsimile:    202-408-4400

7  LIONEL M. LAVENUE (*Admitted pro hac vice*)
   Lionel.lavenue@finnegan.com
8  JOHN M. MULCAHY
   john.mulcahy@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
   Two Freedom Square
10 11955 Freedom Drive
   Reston, VA 20190
11 Telephone:    571-203-2700
   Facsimile:    202-408-4400
12
   William B. Dyer, III
13 bill.dyer@finnegan.com
   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
14 3500 Sun Trust Plaza
   303 Peachtree Street, N.E.
15 Atlanta, GA 30308
   Telephone:    404-653-6400
16 Facsimile:    404-653-6444

17 **Attorneys for Defendants**
   **A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN,**
18 **RON SZETO, and STEVE HWANG**

19 JOSEPH EHRLICH (STATE BAR NO. 84359)
   je@losch-ehrlich.com
20 LOSCH & EHRLICH
21 425 California Street, Ste. 2025
   San Francisco, CA 94104
22 Tel: 415-956-8400
   Fax: 415-956-2150
23 Email: je@losch-ehrlich.com

24 **Attorneys for Defendant**
   **LIANG HAN**

25

26

27

28

1  **IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications
2  Systems, Inc. and Foundry Networks, LLC (collectively, "Plaintiffs") and Defendants A10
3  Networks, Inc., Lee Chen, Rajkumar Jalan, Ron Szeto, David Cheung, and Liang Han
4  (collectively, "Defendants"):
5      1)   Pursuant to the Court Order dated February 7, 2012, the parties have agreed and
6  hereby stipulate that the Honorable Read Ambler will serve as a special master in this case,
7  specifically tasked with resolving discovery disputes.

| | | |
|---|---|---|
| 1 | Dated: February 15, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

*/s/ Fabio E. Marino*
FABIO MARINO
Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
AND FOUNDRY NETWORKS, LLC

Dated: February 15, 2012                HAIGHT BROWN & BONESTEEL LLP

/s/ *Ann H. Liroff*
ANN H. LIROFF
Attorneys for Defendant
DAVID CHEUNG

Dated: February 15, 2012                FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER LLP

/s/ *Scott R. Mosko*
SCOTT R. MOSKO
Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN, RAJKUMAR
JALAN, RON SZETO, AND STEVE HWANG

Dated: February 15, 2012                LOSCH & EHRLICH

/s/ *Joseph Ehrlich*
JOSEPH EHRLICH
Attorneys for Defendant
LIANG HAN

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -                                    STIP APPOINTING SPECIAL MASTER
                                         CASE NO. 10-CV-03428 LHK

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 15, 2012                                  Respectfully submitted,

/s/ *Fabio E. Marino*
FABIO E. MARINO

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: February 22, 2012

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge