1    (Counsel of record listed on next page)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   BROCADE COMMUNICATIONS                    Case No. 10-cv-03428 LHK
     SYSTEMS, INC., a Delaware corporation, and
12   FOUNDRY NETWORKS, LLC, a Delaware         **STIPULATION PERMITTING LIANG
     limited liability company,                **HAN LIMITED ACCESS TO**
13                                             **CONFIDENTIAL DOCUMENTS**
             Plaintiffs and Counterclaim Defendants,
14                                             Dept.      Courtroom 8, 4th Floor
             v.                                Judge:     Hon. Lucy H. Koh
15
     A10 NETWORKS, INC., a California
16   corporation; LEE CHEN, an individual;
     RAJKUMAR JALAN; an individual; RON
17   SZETO, an individual; DAVID CHEUNG, an
     individual; LIANG HAN, an individual; and
18   STEVEN HWANG, an individual,

19           Defendants and Counterclaimants.

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP PERMITTING LIANG HAN LIMITED ACCESS TO
CONFIDENTIAL DOCS
CASE NO. 10-CV-03428 LHK

1 FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
2 DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
3 SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
4 CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
5 NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
6 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7 Menlo Park, California 94025
Telephone:    650-614-7400
8 Facsimile:    650-614-7401

9 **Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.**
10 **AND FOUNDRY NETWORKS, LLC**

11 JOSEPH ERLICH (STATE BAR NO. 84359)
je@losch-ehrlich.com
12 LOSCH & EHRLICH
425 California Street, Ste. 2025
13 San Francisco, CA 94104
Tel: 415-956-8400
14 Fax: 415-956-2150
Email: je@losch-ehrlich.com
15

16 **Attorneys for Defendant
LIANG HAN**

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP PERMITTING LIANG HAN LIMITED ACCESS TO
CONFIDENTIAL DOCS
CASE NO. 10-CV-03428 LHK

1   **IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications

2   Systems, Inc. and Foundry Networks, LLC (collectively, "Plaintiffs") and Defendant Liang Han:

3       1)      Defendant Liang Han is permitted to review documents produced by Plaintiffs in

4   this case, if his counsel determines that those documents are directly related to Liang Han and/or

5   his defenses, notwithstanding the fact that some of these documents may be designated

6   "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY."

7       2)      Liang Han will provide reasonable advance notice of Brocade depositions he

8   intends to attend but will be permitted to attend such depositions notwithstanding that the

9   transcript may be designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE

10  COUNSEL'S EYES ONLY."

11      3)      Liang Han will use such documents and information only for purposes of this

12  litigation.

13      4)      This stipulation does not reduce the protection or confidential nature otherwise

14  afforded to these documents and information by the Protective Order.

15  Dated: February 21, 2012                 ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                           _/s/ Fabio E. Marino_
                                             FABIO MARINO
18                                           Attorneys for Plaintiffs and Counterclaim Defendants
                                             BROCADE COMMUNICATIONS SYSTEMS, INC.
19                                           AND FOUNDRY NETWORKS, LLC

20  Dated: February 21, 2012                 LOSCH & EHRLICH

21

22                                           _/s/  Joseph Ehrlich_
23                                           JOSEPH EHRLICH
                                             Attorneys for Defendant
24                                           LIANG HAN

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

1    **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2    perjury that concurrence in the filing of the document has been obtained from its signatory.

3    Dated: February 21, 2012                    Respectfully submitted,

4

5                                                /s/ *Fabio E. Marino*

6                                                FABIO E. MARINO

7

8                                    **ORDER**

9         **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

10

11   Dated: February 22, 2012          *Lucy H. Koh*

12                                                THE HONORABLE LUCY H. KOH
                                                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIP PERMITTING LIANG HAN LIMITED ACCESS TO
CONFIDENTIAL DOCS
CASE NO. 10-CV-03428 LHK