```
 1  FABIO MARINO (STATE BAR NO. 183825)
    fmarino@orrick.com
 2  DENISE MINGRONE (STATE BAR NO. 135224)
    dmingrone@orrick.com
 3  SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
    svenkatesan@orrick.com
 4  CHRISTINA VON DER AHE (STATE BAR NO. 255467)
    cvonderahe@orrick.com
 5  NITIN GAMBHIR (STATE BAR NO. 259906)
    ngambhir@orrick.com
 6  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 7  Menlo Park, California  94025
    Telephone:    650-614-7400
 8  Facsimile:    650-614-7401

 9  Attorneys for Plaintiffs
    BROCADE COMMUNICATIONS SYSTEMS, INC. AND FOUNDRY
10  NETWORKS, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>          v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>          Defendants. | Case No. 10-cv-03428 LHK<br><br>[~~PROPOSED~~] **STIPULATED ORDER REGARDING THE DEPOSITION OF BOBBY JOHNSON**<br><br>Judge:    Hon. Lucy H. Koh |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATED ORDER REGARDING THE
DEPOSITION OF BOBBY JOHNSON
CASE NO. 10-CV-03428 LHK

WHEREAS, Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Plaintiffs") and Defendants A10 Networks, Inc., Lee Chen, Rajkumar Jalan, Ron Szeto, and Steve Hwang ("the A10 Defendants") have jointly requested entry of this [Proposed] Stipulated Order regarding the Deposition of Bobby Johnson;

WHEREAS, the parties were prepared to take the deposition of Mr. Johnson prior to the close of discovery on March 2, 2012;

WHEREAS, Mr. Johnson requested a postponement of his deposition to March 12 or March 14, 2012; and

WHEREAS, Mr. Johnson is a third party to this action, and to the extent it would not affect the progress of this case toward trial, the parties are willing to accommodate his request to postpone his deposition until March 12 or March 14, 2012 in order to minimize the burden on Mr. Johnson, and

WHEREAS, the Plaintiffs request an extension of the Protective Order to include any confidential information disclosed by Mr. Johnson during his deposition,

Having reviewed and approved the terms of this [Proposed] Stipulated Order,

IT IS HEREBY STIPULATED as follows:

1. The deposition of Mr. Johnson may be postponed until either March 12 or March 14, 2012; and

2. The Protective Order in this matter shall apply to any and all confidential information disclosed by Mr. Johnson for purposes of his deposition.

///
///

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

STIPULATED ORDER REGARDING THE
DEPOSITION OF BOBBY JOHNSON
CASE NO. 10-CV-03428 LHK

| | | |
|---|---|---|
| 1 | Dated: February 21, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

*/s/ Fabio E. Marino*
FABIO E. MARINO
Attorneys for Plaintiffs
BROCADE COMMUNICATIONS SYSTEMS, INC.
AND FOUNDRY NETWORKS, LLC

Dated: February 21, 2012        FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER LLP

SCOTT R. MOSKO
Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, AND STEVE HWANG

Dated: February 21, 2012        HAIGHT BROWN & BONESTEEL LLP

    */s/ Ann Liroff*
ANN LIROFF
Attorneys for Defendant
DAVID CHEUNG

Dated: February 21, 2012        LOSCH & EHRLICH

  */s/ Joseph Ehrlich*
JOSEPH EHRLICH
Attorneys for Defendant
LIANG HAN

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATED ORDER REGARDING THE
DEPOSITION OF BOBBY JOHNSON
CASE NO. 10-CV-03428 LHK

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 21, 2012                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Fabio Marino_
　　　　　　　　　　　　　　　　　　　　　　　FABIO E. MARINO

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2012            _Lucy H. Koh_
　　　　　　　　　　　　　　　　　　THE HONORABLE LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATED ORDER REGARDING THE
DEPOSITION OF BOBBY JOHNSON
CASE NO. 10-CV-03428 LHK

| | | |
|---|---|---|
| 1 | Dated: _____, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | FABIO E. MARINO<br>Attorneys for Plaintiffs<br>BROCADE COMMUNICATIONS SYSTEMS, INC.<br>AND FOUNDRY NETWORKS, LLC |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: 2-21, 2012 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP |
| 9 | | |
| 10 | | */s/ Scott R. Mosko* |
| 11 | | _____<br>SCOTT R. MOSKO<br>Attorneys for Defendants<br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR<br>JALAN, RON SZETO, AND STEVE HWANG |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dated: _____, 2012 | HAIGHT BROWN & BONESTEEL LLP |
| 16 | | |
| 17 | | _____ |
| 18 | | ANN H. LIROFF<br>Attorneys for Defendant<br>DAVID CHEUNG |
| 19 | | |
| 20 | | |
| 21 | Dated: _____, 2012 | LOSCH & EHRLICH |
| 22 | | |
| 23 | | _____ |
| 24 | | JOSEPH EHRLICH<br>Attorneys for Defendant<br>LIANG HAN |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATED ORDER REGARDING THE
DEPOSITION OF BOBBY JOHNSON
CASE NO. 10-CV-03428 LHK