RECEIVED
FEB 22 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, LIANG HAN, STEVE HWANG, and DAVID CHEUNG,<br><br>Defendants. | Case No. 5:10-cv-03428-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| A10 NETWORKS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Counterclaim Defendants. | |

1     E. Robert Yoches, whose business address and telephone number is:

2     E. Robert Yoches
bob.yoches@finnegan.com
3     Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
4     Washington, DC 20001-4413
Telephone:  202-408-4000
5     Facsimile:   202-408-4400

6

7 and who is an active member in good standing of the bars of the District of Columbia, U.S. Court of

8 Appeals for the Federal Circuit, U.S. Supreme Court, and registered to practice before the United

9 States Patent and Trademark Office having applied in the above-entitled action for admission to

10 practice in the Northern District of California on a *pro hac vice* basis, representing Defendant and

11 Counterclaimant A10 Networks, Inc. and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto, and

12 Steve Hwang.

13     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

14 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

15 *vice*.  Service of papers upon and communication with co-counsel designated in the application will

16 constitute notice to the party.  All future filings in this action are subject to the requirements

17 contained in General Order No. 45, *Electronic Case Filing.*

18 Dated: February 22, 2012

19

20              */s/ Lucy H. Koh*

21              Lucy H. Koh
             United States District Judge

22

23

24

25

26

27

28