1 | FABIO MARINO (STATE BAR NO. 183825)
fmarino@orrick.com
2 | DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
3 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008)
svenkatesan@orrick.com
4 | CHRISTINA VON DER AHE (STATE BAR NO. 255467)
cvonderahe@orrick.com
5 | NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7 | Menlo Park, California  94025
Telephone:     650-614-7400
8 | Facsimile:     650-614-7401

9 | Attorneys for Plaintiffs
BROCADE COMMUNICATIONS SYSTEMS, INC. AND
10 | FOUNDRY NETWORKS, LLC

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14 | BROCADE COMMUNICATIONS

Case No. 10-cv-03428 LHK

15 | SYSTEMS, INC., a Delaware corporation, and
FOUNDRY NETWORKS, LLC, a Delaware

**[PROPOSED] ORDER GRANTING
PLAINTIFFS BROCADE

16 | limited liability company,

COMMUNICATIONS SYSTEMS,
INC.'S AND FOUNDRY NETWORKS,

17 | Plaintiffs,

LLC'S ADMINISTRATIVE MOTION
TO CONTINUE THE MARCH 7, 2012

18 | v.

CASE MANAGEMENT
CONFERENCE**

19 | A10 NETWORKS, INC., a California
corporation; LEE CHEN, an individual;

Date:          April 4, 2012

20 | RAJKUMAR JALAN; an individual; RON
SZETO, an individual; DAVID CHEUNG, an

Time:          2:00 p.m.
Dept:          8, 4th Floor

21 | individual; LIANG HAN, an individual; and
STEVEN HWANG, an individual,

Judge:         Hon. Lucy H. Koh

22 | Defendants.

23
24
25
26
27
28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING PLTFS' MTN TO CONTINUE
THE MARCH 7, 2012 CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-03428 LHK

1    The Court, having considered Plaintiffs Brocade Communications Systems, Inc.'s and

2    Foundry Networks, LLC's administrative motion to continue the March 7, 2012 Case

3    Management Conference, and having found good cause to do so, it is HEREBY ORDERED

4    that Plaintiffs' administrative motion to continue the March 7, 2012 Case Management

5    Conference is GRANTED.

6    The Case Management Conference is hereby continued to _April 4_____, 2012 at

7    _2:00 p.m.__

8

9    **IT IS SO ORDERED.**

10   Dated:  February 28, 2012

11

12   _____

     THE HONORABLE LUCY H. KOH

13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY
-1-
[PROPOSED] ORDER GRANTING PLTFS' MTN TO CONTINUE
THE MARCH 7, 2012 CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-03428 LHK