UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>  v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>  Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING A10's REQUEST FOR FURTHER NARROWING |

The Case Management Conference set for April 4, 2012, is hereby continued until June 7, 2012, at 1:30 p.m., to follow the hearing on dispositive motions. A10's request for further narrowing of the issues by April 25, 2012, is DENIED.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge