| | |
|---|---|
| 1 | Allen J. Ruby (STATE BAR NO. 47109) |
| | allen.ruby@skadden.com |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1100 |
| 3 | Palo Alto, CA 94301 |
| | Telephone: 650-470-4500 / Facsimile: 650-470-4570 |
| 4 | |
| | FABIO E. MARINO (STATE BAR NO. 183825) |
| 5 | fmarino@mwe.com |
| | MCDERMOTT WILL & EMERY LLP |
| 6 | 275 Middlefield Road, Suite 100 |
| | Menlo Park, California 94025 |
| 7 | Telephone: 650-815-7400 /Facsimile: 650-815-7401 |
| 8 | DENISE MINGRONE (STATE BAR NO. 135224) |
| | dmingrone@orrick.com |
| 9 | BAS DE BLANK (STATE BAR NO. 191487) |
| | basdeblank@orrick.com |
| 10 | SIDDHARTHA VENKATESAN (STATE BAR NO. 245008) |
| | svenkatesan@orrick.com |
| 11 | CHRISTINA VON DER AHE (STATE BAR NO. 255467) |
| | cvonderahe@orrick.com |
| 12 | NITIN GAMBHIR (STATE BAR NO. 259906) |
| | ngambhir@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 14 | Menlo Park, California 94025 |
| | Telephone: 650-614-7400 /Facsimile: 650-614-7401 |
| 15 | |
| 16 | Attorneys for Plaintiffs and Counterclaim Defendants |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. AND |
| | FOUNDRY NETWORKS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, | | Case No. 10-cv-03428 LHK |
| | | **[CORRECTED] STIPULATION PERMITTING COMMUNICATIONS BETWEEN THE HONORABLE READ AMBLER AND RULE 706 EXPERTS** |
| Plaintiffs and Counterclaim Defendants, | | |
| v. | | |
| A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual, | | Judge: Hon. Lucy H. Koh |
| Defendants and Counterclaimants. | | |

1  WHEREAS, the Honorable Read Ambler has been appointed the Special Master in this
2  case to resolve discovery matters and disputes (Dkt. 447);
3  WHEREAS, on January 9, 2012, the Court issued an order for the forensic inspection of
4  Ron Szeto's computer hard drives (D.I. 438);
5  WHEREAS, the parties agreed that Mr. Mark Menz would serve as the Court's forensic
6  expert to conduct the Szeto inspection (D.I. 441);
7  WHEREAS, on February 2, 2007, the Court appointed Mr. Mark Menz as its Rule 706
8  expert and further specified the forensic inspection protocol for the Szeto media (D.I. 465);
9  WHEREAS, expert discovery in this matter has begun and the parties' respective expert
10  reports were served on March 23, 2012; and
11  WHEREAS, it would be helpful to the parties and would facilitate discovery management
12  if the Special Master were authorized to communicate with the Rule 706 expert regarding the
13  progress of his work;
14  THEREFORE,
15  IT IS HEREBY STIPULATED as follows:
16  The Special Master, the Honorable Read Ambler, is hereby authorized and ordered by the
17  Court to communicate with those expert witnesses appointed by the Court pursuant to Federal
18  Rule of Evidence 706, and to report to the parties regarding such communications as appropriate
19  for the management of discovery in the action.
20  ///
21  ///
22
23
24
25
26
27
28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

STIPULATION PERMITTING
COMMUNICATIONS WITH RULE 706 EXPERTS
CASE NO. 10-CV-03428 LHK

Dated: April 11, 2012                Respectfully Submitted,

                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     */s/ Annette L. Hurst*
                                     ANNETTE L. HURST
                                     Attorneys for Plaintiffs and Counterclaim Defendants
                                     BROCADE COMMUNICATIONS SYSTEMS, INC.
                                     AND FOUNDRY NETWORKS, LLC


Dated: April 11, 2012                FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER LLP


                                     */s/ E. Robert Yoches*
                                     E. ROBERT YOCHES
                                     Attorneys for Defendants and Counterclaimants
                                     A10 NETWORKS, INC., LEE CHEN, RAJKUMAR
                                     JALAN, RON SZETO, AND STEVE HWANG


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.


Dated: April 11, 2012                Respectfully submitted,


                                     */s/ Annette L. Hurst*
                                     ANNETTE L. HURST


**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: April __13__, 2012

                                     THE HONORABLE LUCY H. KOH
                                     United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION PERMITTING
COMMUNICATIONS WITH RULE 706 EXPERTS
CASE NO. 10-CV-03428 LHK