UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants and Counterclaimants. | Case No.: 10-cv-03428-LHK (PSG)<br><br>**ORDER DENYING DEFENDANT A10 NETWORKS' REQUEST TO COMPEL ATTENDANCE** |

Defendant A10 Networks, Inc. asks the court to order the attendance of Plaintiff Brocade Communications Systems' Chief Executive Officer Michael Klayko at the Early Neutral Evaluation scheduled in this case. After considering the parties respective arguments about the merits of such an order, the court is not persuaded that Mr. Klayko must attend. Defendant's request is DENIED.

**IT IS SO ORDERED.**

Dated: 5/1/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 10-cv-03428-LHK (PSG)
**ORDER DENYING DEFENDANT A10 NETWORKS' REQUEST TO COMPEL ATTENDANCE**