United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>　　　　Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RE DISMISSAL OF DEFENDANT DAVID CHEUNG |

On May 7, 2012, Brocade filed a motion, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss without prejudice all claims against Defendant David Cheung in the above-captioned action. ECF No. 520. By May 10, 2012, all parties who have appeared in the above-captioned action shall file either: (1) a stipulation of dismissal of all claims against Mr. Cheung, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by all parties who have appeared; or (2) a joint statement identifying which parties intend to oppose Brocade's motion to dismiss and a brief statement of the reasons for such opposition. The Court will set a hearing date for Brocade's motion to dismiss only if a party intends to oppose Brocade's motion.

**IT IS SO ORDERED.**

Dated: May 8, 2012

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER RE DISMISSAL OF DEFENDANT DAVID CHEUNG