McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants and Counterclaimants. | CASE NO.  10-cv-03428-LHK<br><br>**[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM**<br><br>**Judge:**   Hon. Paul S. Grewal |

1  Pursuant to the Early Neutral Evaluation Session scheduled for May 18, 2012 and UPON
2  GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiffs Brocade Communications
3  Systems Inc. and Foundry Networks, LLC may bring electronic equipment, including projectors
4  and computers, into the Courtroom on May 18, 2012.

**IT IS SO ORDERED.**

Dated:   Oc{"36."4234

Honorable Paul Grewal
United States Magistrate Judge

[PROPOSED] ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO THE COURTROOM
CASE NO. 10-CV-03428 LHK