1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| 11  BROCADE COMMUNICATIONS SYSTEMS, INC., et al., | Case No. 5:10-cv-03428-LHK |
| 12 | |
| 13              Plaintiffs, | **[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM** |
| 14       v. | |
| 15  A10 NETWORKS, INC., et al., | |
| 16              Defendants. | |
| 17  A10 NETWORKS, INC., a California corporation, | Judge:   Honorable Paul S. Grewal |
| 18              Counterclaimant, | |
| 19       v. | |
| 20  BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company, | |
| 21 | |
| 22 | |
| 23              Counterclaim Defendants. | |
| 24 | |

25
26
27
28

1  Pursuant to the Early Neutral Evaluation Session scheduled for May 18, 2012 and UPON
2  GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendants A10 Networks, Inc., Lee
3  Chen , Rajkumar Jalan, Ron Szeto, and Steven Hwang may bring electronic equipment, including
4  projectors and computers, into the Courtroom on May 18, 2012.
5  **IT IS SO ORDERED.**
6
7  Dated:  Oc{''39, 2012                              _____
                                                    Hon. Paul S. Grewal
8                                                   United States District Court Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[P~~ROPOS~~ED] ORDER
Case No. 5:10-cv-03428-LHK