UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>  Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER RE JUNE 7, 2012 HEARING |

The Could would like to continue the hearing on the pending motions set for June 7, 2012, to June 14, 2012, at 1:30 p.m.  By 6:00 p.m. on June 5, 2012, the parties shall file a statement as to their availability on the proposed hearing date of June 14, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER RE JUNE 7, 2012 HEARING