UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; LIANG HAN, an individual; STEVEN HWANG, an individual; and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br><br>CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown          Plaintiffs' Attorneys: Fabio Marino, Denise Mingrone
Reporter: Lee-Anne Shortridge       Attorney for Defendant Cheung: H. Ann Liroff

    The Court held a telephonic case management conference on June 13, 2012. The parties indicated that they had reached a settlement regarding Brocade's case against Defendant Cheung and reached an agreement on Brocade's payment of Mr. Cheung's attorney's fees and costs. Thus, the Court need not rule on Brocade's motion to dismiss and Mr. Cheung's motion for sanctions. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties shall file their stipulation of dismissal of Mr. Cheung, without prejudice, and proposed order today, June 13, 2012, at 6:00 p.m.

    The parties will continue to negotiate any resolution of Mr. Cheung's potential malicious prosecution and other claims against Brocade. Assuming the parties reach a resolution of these claims, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties shall file a stipulation of dismissal of Mr. Cheung with prejudice and proposed order by Monday, June 18, 2012, at 6:00 p.m.

**IT IS SO ORDERED.**

Dated: June 13, 2012

                                                  _Lucy H. Koh_
                                                  LUCY H. KOH
                                                  United States District Judge