UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>Defendants and Counterclaimants. | Case No.: 10-CV-03428-LHK<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

On June 13, 2012, Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Plaintiffs"), and Defendant David Cheung, stipulated that all claims and defenses between Plaintiffs and Mr. Cheung in the above-referenced action shall be dismissed without prejudice. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(2), all claims and defenses between Plaintiffs and Mr. Cheung are dismissed without prejudice. Accordingly, Plaintiffs' pending motion to dismiss Mr. Cheung, ECF No. 520, and Mr. Cheung's pending motion for sanctions, ECF No. 530, are hereby denied as moot.

**IT IS SO ORDERED.**

Dated: June 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03428-LHK
ORDER GRANTING STIPULATION OF DISMISSAL