ALLEN J. RUBY (STATE BAR NO. 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone: 650-470-4500 / Facsimile: 650-470-4570

FABIO E. MARINO (STATE BAR NO. 183825)
fmarino@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025
Telephone: 650-815-7400 / Facsimile: 650-815-7401

DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone: 650-614-7400 / Facsimile: 650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>   v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>   Defendants and Counterclaimants. | Case No. 5:10-cv-03428 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF JURY INSTRUCTIONS**<br><br>Judge:     Hon. Lucy H. Koh |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750920387.2

STIPULATION AND [PROPOSED] ORDER RE
SUBMISSION OF JURY INSTRUCTIONS
CASE NO. 5:10-CV-03428 LHK

1    IT IS HEREBY STIPULATED by and among Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC (together, "Brocade") and Defendant A10 Networks, Inc., Lee Chen, Rajkumar Jalan, Liang Han, Steve Hwang and Ron Szeto ("A10 Defendants") and Defendant Liang Han (collectively, "the parties") that:

1.   The parties understand that the Court set June 21, 2012, as the deadline for the submission of proposed Jury Instructions during the June 8, 2012, Case Management Conference.

2.   The parties have exchanged proposed jury instructions and are in the process of meeting and conferring to identify areas of agreement and disagreement to narrow their disputes. Brocade's proposed jury instructions are attached hereto as <u>Exhibit A</u> and the jury instructions proposed by the A10 Defendants and Defendant Liang Han are attached hereto as <u>Exhibit B</u>.

3.   In order for the parties to have sufficient time to narrow the areas of disagreement requiring resolution by the Court, the parties will submit to the Court a set of agreed-to jury instructions and a set of disputed jury instructions and objections by <u>Tuesday, June 26, 2012</u>.

4.   All other case management deadlines set by the Court during the June 8, 2012, Case Management Conference and June 11, 2012, Case Management Order (D.I. 566) are unaffected by this Stipulation.

Dated: June 21, 2012

Respectfully Submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Siddhartha M. Venkatesan*
SIDDHARTHA M. VENKATESAN
Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
and FOUNDRY NETWORKS, LLC

Dated: June 21, 2012

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

*/s/ Scott R. Mosko*
SCOTT R. MOSKO
Attorneys for Defendants
A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, AND STEVEN HWANG

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750920387.2

-1-

STIPULATION AND [PROPOSED] ORDER RE
SUBMISSION OF JURY INSTRUCTIONS
CASE NO. 5:10-CV-03428 LHK

| | |
|---|---|
| Dated: June 21, 2012 | LOSCH & EHRLICH |
| | */s/ Joseph Ehrlich* |
| | JOSEPH EHRLICH |
| | Attorneys for Defendant |
| | LIANG HAN |

*Concurrence in the filing of this document has been obtained from each of the other signatories pursuant to General Order 45(X)(B).*

**O R D E R**

Pursuant to the parties' stipulation and request, IT IS SO ORDERED.

Dated: June 26, 2012

Lucy H. Koh
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750920387.2

- 2 -

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF JURY INSTRUCTIONS
CASE NO. 5:10-CV-03428 LHK