UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>　　Defendants and Counterclaimants. | Case No.: 10-cv-03428-LHK<br><br>ORDER RE TRIAL DATE |

In light of Brocade's expansion of its copyright, breach of contract, and intentional interference with contract claims, as well as Brocade's objections to approximately 150 of A10's 175 exhibits, the Court would like to continue the July 16, 2012 trial to this fall. By 1:00 p.m. on June 27, 2012, the parties shall file a statement of their dates of availability for trial from September 2012 through January 2013.

**IT IS SO ORDERED.**

Dated: June 26, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-cv-03428-LHK
ORDER RE TRIAL DATE