UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; LIANG HAN, an individual; STEVEN HWANG, an individual; and DAVID CHEUNG, an individual,<br><br>Defendants. | Case No.: 10-CV-03428-LHK<br><br><br><br>PRETRIAL CONFERENCE ORDER |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of hearing:

Plaintiffs' Attorneys: Allen Ruby, Fabio Marino, Bas de Blank, Annette Hurst, Denise Mingrone, Nitin Gambhir, Siddhartha M. Venkatesan

Defendants' Attorneys: Scott Mosko, Robert Yoches, Mark A. Flagel, Naresh Kilaru, Robert Steinberg, Joseph Ehrlich (for Liang Han)

A pretrial conference was held on June 27, 2012. The Court made several rulings on the record as reflected in the transcript.

The parties agreed to consent to proceed before Magistrate Judge Grewal for trial. By 5:00 p.m. on June 28, 2012, the parties shall file their consent forms to proceed before Magistrate Judge Grewal for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 27, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03428-LHK
PRETRIAL CONFERENCE ORDER