**FINNEGAN** | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**SCOTT R. MOSKO**
650-849-6672
scott.mosko@finnegan.com

June 28, 2012



Magistrate Judge Paul S. Grewal
United States District Court for
 the Northern District of California
Courtroom 5, 4th Floor
280 South First Street
San Jose, CA 95113

Re:  *Brocade Communications Systems, Inc., et al. v. A10 Networks, Inc., et al.,* United States District Court, Northern District of California, San Jose Division, Case No. 5:10-cv-03428-LHK

Dear Judge Grewal:

Defendant and Counterclaimant A10 Networks, Inc., and Defendants Lee Chen, Steve Hwang, Rajkumar Jalan, and Ron Szeto respectfully request that E. Robert Yoches be permitted to appear telephonically on their behalf at the Status Conference on July 3, 2012, in your Honor's courtroom.  I will be appearing in person at the conference on behalf of the above-named parties.

Thank you for your attention to this matter.

Sincerely,

*/s/ Scott R. Mosko*
Scott R. Mosko

SRM/rjh

STANFORD RESEARCH PARK  |  3300 HILLVIEW AVENUE  |  PALO ALTO, CA 94304-1203
PHONE: 650.849.6600  |  FAX: 650.849.6666