ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:     650-470-4500
Facsimile:      650-470-4570

FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650-815-7400
Facsimile:      6508-15-7401

DENISE MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-4004
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants and Counterclaimants. | CASE NO.  10-cv-03428-PSG<br><br>[~~PROPOSED~~] ORDER ALLOWING PORTABLE WIRE SHELVING INTO THE COURTROOM FOR TRIAL<br><br>Date:      July 16, 2012<br>Time:     9:30 a.m.<br>Judge:    Ctrm 8, 4th Floor<br>Dept.:     Hon. Paul S. Grewal |

1  Pursuant to the trial scheduled for July 16, 2012, and UPON GOOD CAUSE SHOWN, IT
2  IS HEREBY ORDERED that Brocade Communications Systems, Inc. and Foundry Networks,
3  LLC may bring portable wire shelving into the Courtroom on July 16, 2012.

6  **IT IS SO ORDERED.**

8  Dated: Lwn( "35."4234

   THE HONORABLE PAUL SINGH GREWAL
   United States Magistrate Judge

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

[PROPOSED] ORDER ALLOWING PORTABLE
WIRE SHELVING INTO THE COURTROOM
CASE NO. 11-CV-05493 PSG