UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A10 NETWORKS, INC., a California Corporation, LEE CHEN, an individual; RAJKUMAR JALAN, an individual; RON SZETO, an individual; LIANG HAN, an individual; STEVE HWANG, an individual; and DAVID CHEUNG an individual,<br><br>Defendants.<br>A10 NETWORKS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation; and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Counterclaim Defendants. | Case No. 5:10-cv-03428-PSG<br><br>**NOTICE OF APPEARACE OF JEFFREY SMYTH AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT A10 NETWORKS, INC., AND DEFENDANTS LEE CHEN, STEVE HWANG, RAJKUMAR JALAN, RON SZETO** |

1  Notice is hereby given that attorney Jeffrey Smyth of Finnegan, Henderson, Farabow, Garrett & Dunner LLP is appearing as counsel, in addition to those who have previously appeared as counsel, on behalf of Defendant and Counterclaimant A10 Networks, Inc., and Defendants Lee Chen, Rajkumar Jalan, Ron Szeto, and Steve Hwang ("A10 Defendants") in the above-entitled action.

The A10 Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served ,or required to be served in the above-entitled matter, be provided to and served upon counsel for the A10 Defendants as the address set forth below:

>Jeffrey Smyth
>Finnegan, Henderson, Farabow,
>  Garrett & Dunner, LLP
>Stanford Research Park
>3300 Hillview Avenue
>Palo Alto, California 94304
>Telephone: (650) 849-6600
>Facsimile: (650) 849-6666
>E-mail: jeffrey.smyth@finnegan.com

Dated: July 19, 2012

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: */s/ Jeffrey Smyth*
Jeffrey Smyth
Attorneys for Defendant and Counterclaimant A10 NETWORKS, INC., and Defendants LEE CHEN, RAJKUMAR JALAN, RON SZETO and STEVE HWANG