## VERDICT FORM

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

I. <u>Patent Infringement</u>

    A.    Direct Infringement: Has Brocade proven it is more probable than not that A10 infringed the following claims?

        1.    Claim 25 of the '500 patent    Yes **X**    No ____

        2.    Claim 13 of the '009 patent    Yes **X**    No ____

        3.    Claim 24 of the '009 patent    Yes **X**    No ____

        4.    Claim 1 of the '195 patent    Yes **X**    No ____

    B.    Indirect Infringement—Inducing Infringement

Has Brocade proven that it is more probable than not that: (a) A10 actively encouraged or instructed another person on how to use a product in a way that infringes any of the patent claims listed below; (b) A10 knew of the patent at that time; (c) A10 knew, or should have known, that the encouragement or instructions would result in infringement; and (d) the other person infringed the particular claim?

        1.  Claim 25 of the '500 patent    Yes ____    No **X**

        2.  Claim 1 of the '195 patent    Yes ____    No **X**

If your answer is "yes" for any of the claims in I.A or I.B, then answer Question I.C before moving on to Question I.D which you should also answer. If you answer is "no" to all of these questions in I.A and I.B, then skip to Question II.

C.  Willful Infringement

Has Brocade proven by clear and convincing evidence that A10 actually knew, or it was so obvious that they should have known, that their actions constituted infringement of one or more of the asserted patents?

1.  Claim 25 of the '500 patent   Yes_____   No__X__
2.  Claim 13 of the '009 patent   Yes_____   No__X__
3.  Claim 24 of the '009 patent   Yes_____   No__X__
4.  Claim 1 of the '195 patent    Yes_____   No__X__

D.  Patent Damages

If you have found any of the foregoing claims infringed, what damages do you find Brocade has proven it is more probable than not it has suffered as a result of that infringement?

1.  Lost Profits: $ **49,397,904**

2.  Reasonable Royalty
    a.  rate: **4%**
    b.  total royalty damages: $ **1,975,916**
3.  Total Damages: $ **1,975,916**

II. Copyright Infringement

A.  Has Foundry proven it is more probable than not that A10 directly infringed with respect to the Aho-Corasick source code up through and including July 2011?

Yes__X__   No_____

B.  Has Foundry proven it is more probable than not that A10 directly infringed with respect to the Aho-Corasick source code after the rewrite process in July and early August 2011?

Yes_____   No__X__

C.   Has Foundry proven it is more probable than not that A10 infringed by intermediate copying one or more of Foundry's copyrights during the development of the AX Series software?

Yes_____   No___X___

If your answer is "yes" for any of Questions II.A, II.B or II.C, then answer questions II.D and II.E. If your answer is "no" to all of Questions II.A, II.B and II.C, then skip to Question III.

D.   If you have found any copyright infringed, what amount, if any, do you find that Foundry has proven it is more probable than not should be awarded as a result of that infringement?

$ _____60,000,000_____

E.   Has Foundry proven it is more likely than not that A10 willfully infringed one or more of its copyights? Yes_____   No___X___

III.   <u>Trade Secret Misappropriation</u>

A.   Have Brocade and Foundry proven it is more probable than not that Ronald Szeto misappropriated one or more of the Alleged Trade Secrets?

| | | |
|---|---|---|
| TS 5  | Yes_____ | No___X___ |
| TS 8  | Yes_____ | No___X___ |
| TS 10 | Yes_____ | No___X___ |
| TS 11 | Yes_____ | No___X___ |

B.   Have Brocade and Foundry proven it is more probable than not that Steven Hwang misappropriated one or more trade secrets?

| | | |
|---|---|---|
| TS 5  | Yes_____ | No___X___ |
| TS 8  | Yes_____ | No___X___ |
| TS 10 | Yes_____ | No___X___ |
| TS 11 | Yes_____ | No___X___ |

  C. Have Brocade and Foundry proven it is more probable than not that Liang Han misappropriated one or more trade secrets?

   TS 5   Yes_____  No\_\_X\_\_

   TS 8   Yes_____  No\_\_X\_\_

   TS 10   Yes_____  No\_\_X\_\_

   TS 11   Yes_____  No\_\_X\_\_

  D. Have Brocade and Foundry proven it is more probable than not that Lee Chen misappropriated one or more trade secrets?

   TS 5   Yes_____  No\_\_X\_\_

   TS 8   Yes_____  No\_\_X\_\_

   TS 10   Yes_____  No\_\_X\_\_

   TS 11   Yes_____  No\_\_X\_\_

  E. Have Brocade and Foundry proven it is more probable than not that Rajkumar Jalan misappropriated one or more trade secrets?

   TS 5   Yes_____  No\_\_X\_\_

   TS 8   Yes_____  No\_\_X\_\_

   TS 10   Yes_____  No\_\_X\_\_

   TS 11   Yes_____  No\_\_X\_\_

  F. Have Brocade and Foundry proven it is more probable than not that A10 misappropriated one or more trade secrets?

   TS 5   Yes\_\_X\_\_  No_____

   TS 8   Yes\_\_X\_\_  No_____

   TS 10   Yes\_\_X\_\_  No_____

   TS 11   Yes\_\_X\_\_  No_____

If you answer "yes" to any of the questions in III.A, III.B, III.C, III.D, III.E, or III.F, then answer III.G, III.H and III.I. If you answer "no" to all of the questions in III.A, III.B, III.C, III.D, III.E, and III.F, then skip to question IV.

G. Damages

If you have found any trade secret misappropriated by one or more of the defendants, what amount, if any, do you find that Brocade has proven it is more probable than not should be awarded as a result of that misappropriation?

$ 1.—

H. Has Brocade proven by clear and convincing evidence that any of the defendants willfully misappropriated one or more trade secrets?

1. Ronald Szeto:     Yes_____     No__X__
2. Steven Hwang:     Yes_____     No__X__
3. Liang Han:        Yes_____     No__X__
4. Lee Chen:         Yes_____     No__X__
5. Rajkumar Jalan:   Yes_____     No__X__
6. A10:              Yes_____     No__X__

I. Has any defendant proven that Foundry's claim for trade secret misappropriation is barred by the statute of limitations?

1. Ronald Szeto:     Yes_____     No__X__
2. Steven Hwang:     Yes_____     No__X__
3. Liang Han:        Yes_____     No__X__
4. Lee Chen:         Yes_____     No__X__
5. Rajkumar Jalan:   Yes_____     No__X__
6. A10:              Yes_____     No__X__

IV. Breach of Contract

   A.   Has Foundry proven it is more probable than not that Lee Chen breached paragraph 7 of his Proprietary Information and Inventions Agreement with Foundry?

   Yes_____   No__X__

   If you answer "yes" to Question IV.A, then answer question IV.B. If you answer "no" to Question IV.A, then skip to Question V.

   B.   Damages

   If you have found breach of contract by Lee Chen, what amount, if any, do you find that Foundry has proven it is more probable than not should be awarded as a result of that breach?

   $ _____

   C.   Has Lee Chen proven that Foundry's claim for breach of contract is barred by the statute of limitations?   Yes_____   No_____

V. Intentional Interference with Contract

   A.   Has Foundry proven it is more probable than not that Lee Chen intentionally interfered with paragraph 7 of the Proprietary Information and Inventions Agreement between Foundry and Zhenwu He?

   Yes__X__   No_____

   B.   Has Foundry proven it is more probable than not that A10 intentionally interfered with paragraph 7 of the Proprietary Information and Inventions Agreement between Foundry and Zhenwu He?

   Yes__X__   No_____

   If you answer "yes" to either V.A or V.B., then answer V.C, V.D and V.E. If you answer "no" to both V.A and V.B, then skip to the end of the verdict form, sign and date your verdict.

C. Damages

If you have found intentional interference with contract by Lee Chen or A10, what amount, if any, do you find that Foundry has proven it is more probable than not should be awarded as a result of that interference with contract?

$ 1.—

D. Has Foundry proven by clear and convincing evidence that either Lee Chen or A10 acted with malice, oppression, despicable conduct or fraud in interfering with Foundry's contract with Zhenwu He?

1. Lee Chen:   Yes __X__   No _____

2. A10:        Yes __X__   No _____

E. If you answered yes as to any defendant with respect to question V.D, what amount of punitive damages do you find should be awarded as to such defendant?

1. Lee Chen:   $ 500,000.

2. A10:        $ 500,000.

For the Jury:

By: _Mary Casellas_
Foreperson

Date: _August 6, 2012_