UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants and Counterclaimants. | Case No. 10-cv-03428 PSG<br><br>**PLAINTIFFS' REQUEST AND [PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM**<br><br>Judge:     Hon. Paul S. Grewal |

Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC ("Plaintiffs") respectfully request permission for an order allowing equipment to be brought into the courtroom of the Honorable Judge Paul S. Grewal for a hearing in the above-entitled action on November 8, 2012. Specifically, Plaintiffs request permission to bring two laptops, a projector and projector stands and the necessary switches, cables and additional accessories needed to ensure the equipment functions properly. Plaintiffs will set up and tear down this equipment before and following the hearing and will ensure no damage to the courtroom.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO COURTROOM
CASE NO.10-CV-03428 PSG

1  UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiffs' request is
2  granted. Plaintiffs may bring electronic equipment, including projectors and computers, cables,
3  projector stand and attendant accessories, into the Courtroom on November 8, 2012.
4  **IT IS SO ORDERED.**
5  Dated: November __7__, 2012

*[signature: Paul S. Grewal]*

Honorable Paul Singh Grewal
United States Magistrate Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO COURTROOM
CASE NO.10-CV-03428 PSG