1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., ET AL., | Case No.: C 10-3428 PSG |
| Plaintiffs, | **ORDER SOLICITING SUPPLEMENTAL BRIEFING IN LIGHT OF THE FEDERAL CIRCUIT'S RECENT DECISION** |
| v. | |
| A10 NETWORKS, INC., ET AL., | |
| Defendants. | |

On November 13, 2012, the Federal Circuit issued a decision in *Edwards Lifesciences AG v. Corevalve, Inc.* The court solicits from the parties supplemental briefing regarding the decision.

IT IS HEREBY ORDERED that no later than Wednesday, November 21, 2012, the parties may each file a 5-page supplemental brief addressing the significance of *Edwards Lifesciences AG v. Corevalve, Inc.* to the motion for permanent injunction brought by Brocade Communications Systems, Inc., et al.

**IT IS SO ORDERED.**

Dated:   November 14, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 10-03428 PSG
ORDER