**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12
13
14
15
16
17

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., ET AL.,<br><br>    Plaintiffs,<br>  v.<br><br>A10 NETWORKS, INC., ET AL.,<br><br>    Defendants. | Case No.: C 10-3428 PSG<br><br>**ORDER RE A10'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY FOR A NEW TRIAL**<br><br>**(Re: Docket Nos. 775, 831)** |

18
19
20
21
22
23

   The court GRANTS A10's request for a new trial regarding the patent damages award and the intentional interference with contractual relations damages award. All other relief requested is DENIED.  Because of possible confidential information in the court's decision, the court will email to the parties' respective counsel the unredacted version of the order and invites proposed redactions to the order within seven days.

24
25
26
27
28

   The court advises the parties to be disciplined in their requests for redactions and to heed the requirement of Civil L.R. 79-5 that sealing requests be "narrowly tailored."  Failure to comply with Civil L.R. 79-5 subjects the parties to the risk that the court will substitute its own redactions or publish the full text of the order.  Following review of the parties' requests, the court will publish to the docket a redacted version of its order.

1

Case No.: C 10-03428 PSG
ORDER

**United States District Court**
For the Northern District of California

1   **IT IS SO ORDERED.**

2   Dated: February 21, 2013

3                                 PAUL S. GREWAL
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: C 10-03428 PSG
ORDER