**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> A10 NETWORKS, INC., ET AL., <br><br> Defendants. | Case No.: C 10-3428 PSG <br><br> **ORDER RE BROCADE'S MOTION FOR PERMANENT INJUNCTION RE TRADE SECRETS** <br><br> **(Re: Docket Nos. 783, 848)** |

The court GRANTS Brocade's request for a permanent injunction regarding the trade secrets and DENIES Brocade's request to strike A10's expert declarations. Because of possible confidential information in the court's decision, the court will email to the parties' respective counsel the unredacted version of the order and invites proposed redactions to the order within seven days.

The court advises the parties to be disciplined in their requests for redactions and to heed the requirement of Civil L.R. 79-5 that sealing requests be "narrowly tailored." Failure to comply with Civil L.R. 79-5 subjects the parties to the risk that the court will substitute its own redactions or publish the full text of the order. Following review of the parties' requests, the court will publish to the docket a redacted version of its order.

1

Case No.: C 10-03428 PSG
ORDER

**IT IS SO ORDERED.**

Dated: February 21, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge