1   ALLEN J. RUBY (SBN 47109)
    allen.ruby@skadden.com
2   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1100
3   Palo Alto, CA  94301
    Telephone:  650-470-4500 / Facsimile:  650-470-4570
4
    FABIO E. MARINO (SBN 183825)
5   fmarino@mwe.com
    MCDERMOTT WILL & EMERY LLP
6   275 Middlefield Road, Suite 100
    Menlo Park, California 94025
7   Telephone:  650-815-7400 / Facsimile:  650-815-7401

8   DENISE MINGRONE (SBN 135224)
    dmingrone@orrick.com
9   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
10  Menlo Park, California  94025
    Telephone:  650-614-7400 / Facsimile:  650-614-7401

11  Attorneys for Plaintiffs and Counterclaim Defendants
    BROCADE COMMUNICATIONS SYSTEMS, INC. and
12  FOUNDRY NETWORKS, LLC

13

14

15                   UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18  BROCADE COMMUNICATIONS SYSTEMS,          CASE NO.  10-cv-03428-LHK
    INC., a Delaware corporation, and FOUNDRY
19  NETWORKS, LLC, a Delaware limited liability   [~~PROPOSED~~] ORDER GRANTING
    company,                                   PLAINTIFFS' ADMINISTRATIVE
20                                             MOTION FOR LEAVE TO FILE
        Plaintiffs and Counterclaim Defendants,   *UNDER SEAL* EXHIBITS TO
21                                             PLAINTIFFS' STATEMENT
        v.                                     REGARDING TRADE SECRET NO.
22                                             20
    A10 NETWORKS, INC., a California
23  corporation; LEE CHEN, an individual;
    RAJKUMAR JALAN; an individual; RON
24  SZETO, an individual; DAVID CHEUNG, an
    individual; LIANG HAN, an individual; and
25  STEVEN HWANG, an individual,

26      Defendants and Counterclaimants.

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

3"  Vj g"Eqwtv."j cxkpi "eqpukfgtgf "Rnckpvkhhuø'cf o kpkuvtcvkxg"o qvkqp"hqt"ngcxg"vq"hkng"vj g"J ctf "

4"  F tkxg"kf gpvkhkgf "dgnqy "*under seal.*"cpf "j cxkpi "hqwpf "i qqf "ecwug"vq"f q"uq."kv"ku"J GTGD[ "

5"  QTF GTGF "vj cv"uckf "ngcxg"ku"I TCP VGF 0'

6"  Rnckpvkhhu"o c{ "hkng"*under seal*"vj g"J ctf "F tkxg"eqpvckpkpi "f qewo gpvu"tghgtgpekpi "Rnckpvkhhuø'

7"  Vtcf g"Ugetgv'P q0420'

8"  **IT IS SO ORDERED.**

:"  F cvgf <"̶ a̶a̶a̶a̶c̶j a̶a̶2̶5̶a̶a̶2̶0̶1̶3̶"  "  """""""a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶a̶

"  "  "  "  "  "  Rcwn"U0'I tgy cn'

;"  "  "  "  "  "  "  Wpkvgf "Uvcvgu'O ci kurtcvg'Lwf i g"

]RTQRQUGF_"QTF GT"I TCP VKP I "RNVHUø'
O VP "VQ"HKNG'WP F GT"UGCN
ECUG'P Q032/EX/2564: /NJ M'