ALLEN J. RUBY (STATE BAR NO. 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: 650-470-4500 / Facsimile: 650-470-4570

FABIO E. MARINO (STATE BAR NO. 183825)
fmarino@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025
Telephone: 650-815-7400 / Facsimile: 650-815-7401

DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400 / Facsimile: 650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>Defendants and Counterclaimants. | Case No. 5:10-cv-03428 LHK<br><br>**STIPULATED ADMINISTRATIVE REQUEST AND [~~PROPOSED~~] ORDER TO PERMANENTLY REMOVE INCORRECTLY FILED DOCUMENTS (D.I. 573-1 AND D.I. 573-2)**<br><br>**Judge:   Honorable Lucy H. Koh** |

OHSUSA:750905905.2

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO
REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 5:10-CV-03428 LHK

1  **IT IS HEREBY STIPULATED** by and among Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC (collectively, "Plaintiffs") and Defendants A10 Networks, Inc., Lee Chen, Rajkumar Jalan, Ron Szeto, and Liang Han as follows:

On Tuesday, June 12, 2012, Plaintiffs' counsel filed an opposition to Defendant A10 Networks, Inc.'s Objections to Plaintiffs' Identification of Claims for Trial.  Plaintiffs' counsel filed the Declaration of Denise Mingrone in support of these Objections, which attached two exhibits.  Exhibit A was filed as Docket No. 573-1 and Exhibit B was filed as Docket No. 573-2.

Pursuant to Local Rule 79.5(b), when electronically filed, Plaintiffs' counsel inadvertently filed Exhibits A and B to the Mingrone Declaration as public documents.  Plaintiffs' counsel submits that these documents should have been filed under seal in their entirety instead.

After discovery of the error the next morning, Plaintiffs' counsel contacted the ECF Help Desk by email and telephone.  The Help Disk put a temporary lock on the documents.  Plaintiffs' counsel subsequently re-efiled a corrected version of the Mingrone Declaration with Exhibits A and B filed under seal.  D.I. 574.  Plaintiffs' counsel then filed an Administrative Motion to Seal Exhibits A and B to this corrected filing.  D.I. 575.

Plaintiffs' counsel contacted counsel for the Defendants, who have agreed to stipulate to this request that the inadvertently public-filed Exhibits A and B (Docket Nos. 573-1 and 573-2) be permanently deleted from the docket.

Dated: June 18, 2012

Respectfully Submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

 */s/ Siddhartha M. Venkatesan*
SIDDHARTHA M. VENKATESAN
Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC.
and FOUNDRY NETWORKS, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750905905.2

-1-

STIPULATED REQUEST AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 5:10-cv-03428 LHK

| | |
|---|---|
| Dated: June 18, 2012 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | */s/ Scott R. Mosko* |
| | SCOTT R. MOSKO |
| | Attorneys for Defendants |
| | A10 NETWORKS, INC., LEE CHEN, RAJKUMAR JALAN, RON SZETO, AND STEVEN HWANG |

| | |
|---|---|
| Dated: June 18, 2012 | LOSCH & EHRLICH |
| | */s/ Joseph Ehrlich* |
| | JOSEPH EHRLICH |
| | Attorneys for Defendant |
| | LIANG HAN |

*Concurrence in the filing of this document has been obtained from each of the other signatories pursuant to General Order 45(X)(B).*

Pursuant to the parties' stipulation and request, **IT IS SO ORDERED**. Exhibits A and B to the June 12, 2012 Declaration of Denise M. Mingrone in Support of Plaintiffs' Opposition to A10's Objections, filed as Docket Numbers 573-1 and 573-2, shall be removed from the Court's Docket.

Dated: March 25, 2013

Paul S. Grewal
United States Magistrate Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750905905.2

- 2 -

STIPULATED REQUEST AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 5:10-cv-03428 LHK