1  ALLEN J. RUBY (STATE BAR NO. 47109)
   allen.ruby@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
3  Palo Alto, CA 94301
   Telephone: 650-470-4500 / Facsimile: 650-470-4570
4
   FABIO E. MARINO (STATE BAR NO. 183825)
5  fmarino@mwe.com
   MCDERMOTT WILL & EMERY LLP
6  275 Middlefield Road, Suite 100
   Menlo Park, California 94025
7  Telephone: 650-815-7400 / Facsimile: 650-815-7401

8  DENISE MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
10 Menlo Park, California 94025
   Telephone: 650-614-7400 / Facsimile: 650-614-7401
11
   Attorneys for Plaintiffs and Counterclaim Defendants
12 BROCADE COMMUNICATIONS SYSTEMS, INC. and
   FOUNDRY NETWORKS, LLC

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>    Defendants and Counterclaimants. | Case No. 5:10-cv-03428 LHK<br><br>**[PROPOSED] ORDER GRANTING** IN PART **ADMINISTRATIVE MOTION TO SEAL EXHIBITS A AND B TO MINGRONE DECLARATION IN SUPPORT OF PLAINTIFFS' BROCADE COMMUNICATIONS SYSTEMS, INC.'S AND FOUNDRY NETWORKS, LLC'S OPPOSITION TO DEFENDANT A10 NETWORKS, INC.'S UNAUTHORIZED "OBJECTIONS" (D.I. 570) TO BROCADE'S IDENTIFICATION OF CLAIMS FOR TRIAL**<br><br>**Judge:   Honorable Lucy H. Koh** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:750905734.1

[PROPOSED] ORDER GRANTING ADMIN. MTN FOR
LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK

1   The Court, having considered Brocade Communications, Inc.'s and Foundry Networks
2   LLC's ("Plaintiffs") Administrative Motion for Leave to file under seal the following identified
3   documents attached to the Declaration of Denise M. Mingrone in Support of Plaintiffs'
4   Opposition to Defendant A10 Networks, Inc. ("A10") Unauthorized Objections to Brocade's
5   Identification of Claims for Trial, and having found good cause to do so, it is HEREBY
6   ORDERED that said leave is GRANTED.

7   The Plaintiffs may publically file under seal the following identified documents in their
8   entirety:

- Exhibits A and B attached to the Declaration of Denise M. Mingrone in Support of Plaintiffs' Opposition to Defendant A10 Networks, Inc. ("A10") Unauthorized Objections to Brocade's Identification of Claims for Trial.  These documents are:

    i.   **Ex. A:  Plaintiffs' May 31, 2011 Identification of Trade Secrets Pursuant to Court Order**

    ~~ii.~~   ~~**Ex. B:  February 24, 2012 Deposition Transcript of Bryan Meekley**~~

The request for Ex. B is not narrowly tailored to information that is appropriate for sealing, specifically, information for which Brocade has shown particularized harm.  The request is therefore DENIED.

IT IS SO ORDERED.

Dated: March 25, 2013

Paul S. Grewal
United States Magistrate Judge

OHSUSA:750905734.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

-1-

[~~PROPOSED~~] ORDER GRANTING ADMIN. MTN FOR LEAVE TO FILE EXHIBITS UNDER SEAL
CASE NO.10-CV-03428 LHK