1  IRELL & MANELLA LLP
   Morgan Chu (SBN 70446)
2  MChu@Irell.com
   Elliot Brown (SBN 150802)
3  EBrown@Irell.com
   H. Annita Zhong (SBN 266924)
4  HZhong@Irell.com
   Ryan Ward (SBN 278699)
5  RWard@Irell.com
   1800 Avenue of the Stars, Suite 900
6  Los Angeles, CA 90067
   Telephone: (310) 277-1010
7  Facsimile: (310) 203-7199

8  Attorneys for Defendant
   A10 NETWORKS, INC.
9
   (Additional counsel listed on signature page.)
10
                 UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN JOSE DIVISION
13

14
   BROCADE COMMUNICATIONS                    Case No. 5:10-CV-03428-PSG
15 SYSTEMS, INC. a Delaware Corporation, and
   FOUNDRY NETWORKS, LLC, a Delaware
16 limited liability company,                **A10 NETWORKS, INC.'S REQUEST AND
                                             [~~PROPOSED~~] ORDER ALLOWING
17     Plaintiffs and Counterclaim Defendants, ELECTRONIC EQUIPMENT INTO
                                             COURTROOM**
18         v.

19 A10 NETWORKS, INC., a California          Trial Date: May 20, 2013
   Corporation, LEE CHEN, an individual;     Time:      9:30 a.m.
20 RAJKUMAR JALAN; and individual; RON       Dept.:     Courtroom 5, 4th Floor
   SZETO, an individual; DAVID CHEUNG, an    Judge:     Hon. Paul S. Grewal
21 individual; LIANG HAN, an individual; and
   STEVEN HWANG, an individual,
22
       Defendants and Counterclaimants.
23

24

25

26

27

28

1    Defendant A10 Networks, Inc. ("A10") respectfully requests permission for an order

2  allowing equipment to be brought into the courtroom of the Honorable Judge Paul S. Grewal for

3  the trial in the above-entitled action, set to commence on Monday, May 20, 2013.  Specifically,

4  A10 requests permission to bring into the courtroom two laptops and a VGA switch as well as a

5  multifunction printer for the break-out room.  A10 will set up and tear down this equipment before

6  and following the trial and will ensure no damage to the courtroom and court house.

7    UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that A10's request is

8  granted.  A10 may bring electronic equipment, including laptops, VGA switches, printers and

9  necessary connectors and cables into the courtroom or break-out room, with set up to occur on

10  May 17 and tear down to occur on or before May 24, 2013.

11

12    **IT IS SO ORDERED.**

13

14  Dated: May 16, 2013

Honorable Paul Singh Grewal
United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Additional Counsel:

2

3 | Mark A. Flagel (SBN 110635)     Dean Dunlavey (SBN 115530)
Mark.Flagel@lw.com     Dean.Dunlavey@lw.com

4 | Robert Steinberg (SBN 126407)     LATHAM & WATKINS LLP
Bob.Steinberg@lw.com     650 Town Center Drive

5 | LATHAM & WATKINS LLP     20th Floor
355 South Grand Avenue     Costa Mesa, CA 92626-1925

6 | Los Angeles, CA 90071-1560     Telephone: (714) 755-8260
Telephone: (213) 485-1234     Facsimile: (714) 755-8290

7 | Facsimile: (213) 891-8763

8 | E. Robert Yoches (Admitted Pro Hac Vice)     Scott R. Mosko (SBN 106070)
bob.yoches@finnegan.com     scott.mosko@finnegan.com

9 | John F. Hornick (Admitted Pro Hac Vice)     FINNEGAN, HENDERSON, FARABOW, GARRETT
john.hornick@finnegan.com     & DUNNER, LLP

10 | FINNEGAN, HENDERSON, FARABOW, GARRETT     Stanford Research Park
& DUNNER, LLP     3300 Hillview Avenue

11 | 901 New York Avenue, N.W.     Palo Alto, California 94304-1203
Washington, D.C. 20001-4413     Telephone:     (650) 849-6600

12 | Telephone: (202) 408-4000     Facsimile:     (650) 849-6666
Facsimile: (202) 408-4400

13

14 | Lionel M. Lavenue (Admitted Pro Hac Vice)
lionel.lavenue@finnegan.com

15 | FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP

16 | Two Freedom Square
11955 Freedom Drive

17 | Reston, Virginia 20190-5675
Telephone:     (571) 203-2700
Facsimile:     (202) 408-4400

18

19

20

21

22

23

24

25

26

27

28