**Filed**

MAY 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEM, INC., ET AL , <br><br> Plaintiff, <br><br> v. <br><br> A10 NETWORKS, INC, ET AL. , <br><br> Defendant. | No. CV 10-03428 PSG <br><br><br> ORDER ASSESSING JURY FEES |

Because the parties settled this matter after the jury pool was asked to appear for jury selection, **IT IS HEREBY ORDERED** that the jury attendance fees and expenses in the amount of $2,655.15 (see attached) are assessed against the parties.

Each party shall pay $1,327.58, by check payable to the Clerk of Court, United States District Court by June 1, 2013.

Dated: May 21, 2013

Paul S. Grewal
United States Magistrate Judge