ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:	650-470-4500
Facsimile:	650-470-4570

FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:	650-815-7400
Facsimile:	6508-15-7401

DENISE MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-4004
Telephone:	650-614-7400
Facsimile:	650-614-740

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>    Defendant and Counterclaimants. | CASE NO.  5:10-cv-03428 PSG<br><br>**REVISED [**~~PROPOSED~~**] STIPULATED FINAL JUDGMENT** |

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") against Defendant A10 Networks, Inc. ("A10 Networks"), for the amount of $75,000,000.00 (seventy-five million U.S. dollars).

2. Judgment is hereby entered in favor of the Individual Defendants Lee Chen, Rajkumar Jalan, Ronald Szeto, Steve Hwang, Liang Han (collectively, "Individual Defendants") on all claims by Brocade and Foundry against the Individual Defendants.

3. Brocade and Foundry will forebear from execution of this Stipulated Final Judgment so long as A10 is not in breach of the Binding Term Sheet executed on May 20, 2013 and Annex A thereto. Upon fulfillment by A10 of all financial, dismissal and withdrawal terms (including at least paragraphs 1-5) of the Binding Term Sheet and Annex A thereto, Brocade and Foundry shall file an Acknowledgement Re Satisfaction of Judgment and [Proposed] Order in the form attached as Exhibit A hereto, and the permanent injunctions entered on January 10, 2013 and January 23, 2013 (as modified by the Court's order of February 12, 2013) shall be dissolved at such time.

4 This Stipulated Final Judgment is enforceable and non-appealable. This Stipulated Final Judgment represents a final judgment regarding all claims, counterclaims, and defenses that were or could have been raised in this action by Brocade, Foundry and/or A10.

5. This Court shall retain jurisdiction to enforce this Stipulated Final Judgment in accordance with the terms of, and to enforce the terms of, the parties' Binding Term Sheet dated May 20, 2013.

6 Each Party to bear its own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 7, 2013 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | /s/ *Fabio E. Marino* |
| | | FABIO E. MARINO |
| 4 | | Attorneys for Plaintiffs and Counterclaim Defendants |
| | | BROCADE COMMUNICATIONS SYSTEMS, INC. |
| 5 | | AND FOUNDRY NETWORKS, LLC |
| 6 | Dated: June 7, 2013 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | | |
| | | /s/ *Annette L. Hurst* |
| 8 | | ANNETTE L. HURST |
| | | Attorneys for Plaintiffs and Counterclaim Defendants |
| 9 | | BROCADE COMMUNICATIONS SYSTEMS, INC. |
| | | AND FOUNDRY NETWORKS, LLC |
| 10 | Dated: June 7, 2013 | FINNEGAN, HENDERSON, FARABOW, |
| 11 | | GARRETT & DUNNER LLP |
| 12 | | |
| | | /s/ *Scott R. Mosko* |
| 13 | | SCOTT R. MOSKO |
| | | Attorneys for Defendants and Counterclaimants |
| 14 | | A10 NETWORKS, INC., LEE CHEN, RAJKUMAR |
| | | JALAN, RON SZETO, AND STEVE HWANG |
| 15 | Dated: June 7, 2013 | LATHAM & WATKINS LLP |
| 16 | | |
| 17 | | /s/ *Mark A. Flagel* |
| | | MARK A. FLAGEL |
| 18 | | Attorneys for Defendants and Counterclaimants |
| | | A10 NETWORKS, INC., |
| 19 | Dated: June 7, 2013 | LOSCH & EHRLICH |
| 20 | | |
| 21 | | /s/ *Joseph Ehrlich* |
| | | JOSEPH EHRLICH |
| 22 | | Attorneys for Defendant |
| | | LIANG HAN |
| 23 | | |

**IT IS SO ORDERED.**

Dated: June 10, 2013

/s/ Paul S. Grewal

Hon. Paul Singh Grewal
United States Magistrate Judge

- 3 -

REVISED [~~PROPOSED~~] STIPULATED
FINAL JUDGMENT
CASE NO. 5:10-CV-03428 PSG

# Exhibit A

ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:     650-470-4500
Facsimile:      650-470-4570

FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650-815-7400
Facsimile:      6508-15-7401

DENISE MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-4004
Telephone:     650-614-7400
Facsimile:      650-614-740

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVE HWANG, an individual,<br><br>Defendant and Counterclaimants. | Case No. 5:10-cv-03428 PSG<br><br>**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**<br><br>**[PROPOSED] ORDER RE SATISFACTION OF JUDGMENT FILED CONCURRENTLY HEREWITH** |

1  Plaintiffs Brocade Communications Systems, Inc. and Foundry Networks, LLC
2  (collectively "Plaintiffs"), located at 130 Holger Way, San Jose, CA 95134, hereby acknowledge
3  the satisfaction of the Revised Stipulated Final Judgment entered by the Court on June ___, 2013
4  (Dkt. ___), by defendant A10 Networks, Inc. ("A10"), located at 3 West Plumeria Drive, San
5  Jose, CA 95134.
6  WHEREFORE, Plaintiffs request that the Court enter the [Proposed] Order regarding
7  Satisfaction of Judgment filed concurrently herewith.

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- 2 -

ACKNOWLEDGEMENT OF
SATISFACTION OF JUDGMENT
CASE NO. 5:10-CV-03428 PSG

1  ALLEN J. RUBY (SBN 47109)
   allen.ruby@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
3  Palo Alto, CA  94301
   Telephone:   650-470-4500
4  Facsimile:   650-470-4570

5  FABIO E. MARINO (SBN 183825)
   fmarino@mwe.com
6  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
7  Menlo Park, CA  94025-4004
   Telephone:   650-815-7400
8  Facsimile:   6508-15-7401

9  DENISE MINGRONE (SBN 135224)
   dmingrone@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025-4004
   Telephone:   650-614-7400
12 Facsimile:   650-614-740

13 Attorneys for Plaintiffs and Counterclaim Defendants
   BROCADE COMMUNICATIONS SYSTEMS, INC. and
14 FOUNDRY NETWORKS, LLC

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19 BROCADE COMMUNICATIONS SYSTEMS,            Case No. 5:10-cv-03428 PSG
   INC., a Delaware corporation, and FOUNDRY
20 NETWORKS, LLC, a Delaware limited liability  **REVISED [PROPOSED] ORDER RE**
   company,                                    **SATISFACTION OF JUDGMENT**
21
       Plaintiffs and Counterclaim Defendants,
22     v.

23 A10 NETWORKS, INC., a California
   corporation; LEE CHEN, an individual;
24 RAJKUMAR JALAN; an individual; RON
   SZETO, an individual; DAVID CHEUNG, an
25 individual; LIANG HAN, an individual; and
   STEVE HWANG, an individual,
26
       Defendant and Counterclaimants.
27

28

**IT IS HEREBY ORDERED that:**

1. Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") have acknowledged that A10 Networks, Inc. ("A10") has fully satisfied the terms of the Stipulated Final Judgment entered by the Court on June ___, 2013 (Dkt. ___).

2. Accordingly, the clerk of this Court shall enter this Satisfaction of Judgment.

3. The patent permanent injunction entered on January 10, 2013 (Dkt. 830) and the trade secret permanent injunction entered on January 23, 2013 (Dkt. 848) (as modified by the Court's order of February 12, 2013) are hereby DISSOLVED and of no further force or effect.

**IT IS SO ORDERED.**

Dated:

Hon. Paul Singh Grewal
United States Magistrate Judge

- 2 -

REVISED [PROPOSED] ORDER RE
SATISFACTION OF JUDGMENT
CASE NO. 5:10-CV-03428 PSG

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park