ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:	650-470-4500
Facsimile:	650-470-4570

FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:	650-815-7400
Facsimile:	6508-15-7401

DENISE MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-4004
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Plaintiffs and Counterclaim Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and
FOUNDRY NETWORKS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROCADE COMMUNICATIONS SYSTEMS, INC., a Delaware corporation, and FOUNDRY NETWORKS, LLC, a Delaware limited liability company,<br><br>             Plaintiffs and Counterclaim Defendants,<br><br>      v.<br><br>A10 NETWORKS, INC., a California corporation; LEE CHEN, an individual; RAJKUMAR JALAN; an individual; RON SZETO, an individual; DAVID CHEUNG, an individual; LIANG HAN, an individual; and STEVEN HWANG, an individual,<br><br>             Defendants and Counterclaimants. | CASE NO.  5:10-cv-03428-PSG<br><br>**REVISED [PROPOSED] ORDER RE SATISFACTION OF JUDGMENT** |

**IT IS HEREBY ORDERED that:**

1. Plaintiffs Brocade Communications Systems, Inc. ("Brocade") and Foundry Networks, LLC ("Foundry") have acknowledged that A10 Networks, Inc. ("A10") has fully satisfied the terms of the Stipulated Final Judgment entered by the Court on June 10, 2013 (Dkt. 1026).

2. Accordingly, the clerk of this Court shall enter this Satisfaction of Judgment.

3. The patent permanent injunction entered on January 10, 2013 (Dkt. 830) and the trade secret permanent injunction entered on January 23, 2013 (Dkt. 848) (as modified by the Court's order of February 12, 2013) are hereby DISSOLVED and of no further force or effect.

**IT IS ORDERED.**

Dated: October 9, 2013

_____
Hon. Paul Singh Grewal
United States Magistrate Judge

REVISED [PROPOSED] ORDER RE
SATISFACTION OF JUDGMENT
CASE NO. 5:10-CV-03428 PSG